GALVESTON COUNTY COMMISSIONERS COURT
GALVESTON COUNTY COURTHOUSE
722 MOODY (FIRST FLOOR) - GALVESTON
AUGUST 2, 2011 – 1:00 P.M.

*CONSENT AGENDA*: ALL ITEMS MARKED WITH A SINGLE ASTERISK (*) ARE PART OF THE CONSENT AGENDA AND REQUIRE NO DELIBERATION BY THE COMMISSIONERS COURT. ANY COMMISSIONERS' COURT MEMBER MAY REMOVE AN ITEM FROM THIS AGENDA TO BE CONSIDERED SEPARATELY. *APPEARANCES*: SHOULD ANYONE WISH TO ADDRESS THE COMMISSIONERS COURT ON A SPECIFIC ITEM, PLEASE ARRIVE PRIOR TO THE MEETING AND SIGN IN WITH THE COUNTY CLERK. COMMENTS ARE LIMITED TO 5 MINUTES.

REGULARLY SCHEDULED MEETING –AGENDA- 1:00 P.M.

## Pledge of Allegiance and Invocation

*1. Submitted by County Auditor's Office:
   a. Approval of Accounts Payable checks dated 8/2/11.
   b. Orders for supplemental payroll period ending 7/20/11 Bi-weekly #15.
   c. District Clerk's Conversion Review as of March 14, 2011.

*2. Consideration of Resolution *Petitioning the Secretary of State for Galveston County's participation in the Countywide Polling Place Program* in November 2011, pursuant to §43.007 of the Texas Election Code submitted by County Clerk.

*3. Receive and file *Juror Donation Plan – Selection of Participants*, submitted by Justice Administration.

*4. Receive and File *Letter of Engagement from Null-Lairson, P.C.*.

*5. Receive and File *Galveston County Emergency Communication District FY 2010 Annual Audit and Report*.

*6. Receive and File *Galveston County Health District's Compliance Audit for the Jail Health Contract*.

*7. Consideration of *Road and Alley Abandonments - Old Algoa Townsite* submitted by Right of Way.

*8. Consideration of *Trade Agreement on Ginger Street, L'Hommedieu Survey* submitted by Right of Way.

*9. Consideration of *Resolution of Congratulations to the Galveston County 4-H State Beef Quiz Bowl Champions* submitted by Commissioner Ken Clark.

10. Consideration of request for waiver or refund of Tax Penalty and Interest of the following submitted by Assessor and Collector of Taxes:
    a. Account No.: 3204-0000-0607-000 Emerald Galveston Holdings, LLC
    b. Account No.: 3267-0000-0261-000 Harbour Classic Builders, LLC

   c. Account No.: 4939-0000-0225-000 Maravilla Owners Association

11. Discuss and consider approval of a preliminary plan for County Commissioners, Justices of the Peace and the Constables Precinct Boundaries for the purpose of redistricting related to the 2010 Census submitted by County Judge.

12. Consideration of change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects submitted by the County Engineer.

13. Consideration of an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project submitted by the County Engineer.

14. Consideration of additional services authorization for Jacobs Engineering on the Mid-County Annex submitted by the County Architect.

15. Consideration of authorization for additional services on the design phase of the Senior Center by Jacobs Engineering and the termination of their contract upon completion of that phase submitted by the County Architect.

16. Consideration of permission to finish Senior Center project in house with Contract Services of Architect, Mike Steffey, submitted by the County Architect

17. Consider recommending awarding contracts on the following Bids submitted by the Purchasing Agent.

   a. Bid #B111037    **Hughes Road Reconstruction**
   b. Bid #B111047    **City of Bayou Vista, Ling Street Rehabilitation**

18. Consideration to cancel and authorize the Purchasing Agent to re-bid the following bid submitted by the Purchasing Agent.
   a. Bid #B112024    **Sale of Recyclable Products**

19. Consider recommending awarding a contract on the following RFP submitted by the Purchasing Agent.
   a. RFP #B112019    **Lockbox Services for Galveston County**

20. Consideration of Budget Amendments submitted by the Budget Officer.

| Fiscal Year | Amendment # | Description |
|---|---|---|
| **2011** | **11-112-0802-A** | **Juvenile Justice** – Budget request for three exemptions to the hiring freeze – Juvenile Justice |

| | | |
|---|---|---|
| | | Officers – Positions #2561180044, #2561190023 and #2561190034. |
| 2011 | 11-113-0802-B | **Unlimited Tax Road Bonds, Series 2009A** – Request to budget Change Order No. 1 – R.W. Lucas – transfer funds from Caroline to roads – Precinct #1. |
| 2011 | 11-114-0802-C | **Constable Precinct #7** – Budget request for an exemption to the hiring freeze – Deputy Constable – Position - #2237000002. |

21. Consideration of Appointment of a Deputy as submitted by Constable, Precinct Number 7.

22. Consideration of authorizing the County Judge to execute Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies submitted by the Emergency Management Coordinator.

23. Consideration of Hurricane Ike items:

    a. Consideration of authorizing execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program submitted by the Emergency Management Coordinator.

    b. Update on Housing Program submitted by Director of Housing.

## WORKSHOP WILL BEGIN IMMEDIATELY AFTER COMMISSIONERS COURT ADJOURNS

### WORKSHOP AGENDA

1. Discuss Bond Refinance presented by Louis E. Pauls and associates.