MINUTES

BE IT REMEMBERED, That on this 2nd day of August, 2011, Commissioners Court of Galveston County, Texas, met at a regular meeting with the following present:

| | |
|---|---|
| MARK HENRY | COUNTY JUDGE |
| PATRICK F. DOYLE | COMMISSIONER PRECINCT 1 |
| KEVID D. O'BRIEN | COMMISSIONER PRECINCT 2 |
| STEPHEN D. HOLMES | COMMISSIONER PRECINCT 3 |
| KENNETH D. CLARK | COMMISSIONER PRECINCT 4 |
| DWIGHT D. SULLIVAN<br>By Brandy Chapman, Chief Deputy | COUNTY CLERK |

Attendees Present: County Auditor Cliff Billingsley; Attorney for the Court Harvey Bazaman.

## CALL TO ORDER

Call to Order by Judge Henry at 1:03 P.M. at the Galveston County Courthouse.

## PLEDGE OF ALLEGIANCE

Commissioner Doyle led the Court in the Pledge of Allegiance.

## INVOCATION

The Invocation was given by Commissioner Holmes.

## CONSENT AGENDA IEMS 1-9

*1. Submitted by County Auditor's Office:
   a. Approval of Accounts Payable checks dated 8/2/11.
   b. Orders for supplemental payroll period ending 7/20/11 Bi-weekly #15.
   c. District Clerk's Conversion Review as of March 14, 2011.

*2. Consideration of Resolution *Petitioning the Secretary of State for Galveston County's participation in the Countywide Polling Place Program* in November 2011, pursuant to §43.007 of the Texas Election Code submitted by County Clerk.

*3. Receive and file Juror Donation Plan – *Selection of Participants*, submitted by Justice Administration.

*4. Receive and File *Letter of Engagement from Null-Lairson, P.C.*

*5. Receive and File *Galveston County Emergency Communication District FY 2010 Annual Audit and Report*.

*6. Receive and File *Galveston County Health District's Compliance Audit for the Jail Health Contract*.

> Motion by County Judge Henry, seconded by Commissioner O'Brien
>
> Duly put and unanimously carried (5-0), it is ordered to approve consent agenda item 6.
>
> | | |
> |---|---|
> | Judge Henry | Yes |
> | Commissioner Doyle | Yes |
> | Commissioner O'Brien | Yes |
> | Commissioner Holmes | Yes |
> | Commissioner Clark | Yes |

*7. Consideration of *Road and Alley Abandonments – Old Algoa Townsite* submitted by Right of Way.

*8. Consideration of *Trade Agreement on Ginger Street, L'Hommedieu Survey* submitted by Right of Way.

*9. Consideration of *Resolution of Congratulations to the Galveston County 4-H State Beef Quiz Bowl Champions* submitted by Commissioner Ken Clark.

> Motion by County Judge Henry, seconded by Commissioner O'Brien
>
> Duly put and unanimously carried (5-0), it is ordered to approve consent agenda items 1-2, 4, 5, 7-9. Agenda item 3 pulled. Agenda item 6 voted separately.
>
> | | |
> |---|---|
> | Judge Henry | Yes |
> | Commissioner Doyle | Yes |
> | Commissioner O'Brien | Yes |
> | Commissioner Holmes | Yes |
> | Commissioner Clark | Yes |

10. Consideration of request for waiver of refund of Tax Penalty and Interest of the following submitted by Assessor and Collector of Taxes:

    a. Account No.: 3204-0000-0607-000 Emerald Galveston Holdings, LLC

    Motion by County Judge Henry, seconded by Commissioner O'Brien

    Duly put and carried (4-1), it is ordered to approve request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

    Motion to reconsider by Commissioner Holmes, seconded by County Judge Henry

    Duly put and unanimously carried (5-0), it is ordered to reconsider request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

    Motion by County Judge Henry, seconded by Commissioner Holmes

    Duly put and unanimously carried (5-0), it is ordered to deny request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

b. Account No.: 3267-0000-0261-000 Harbour Classic Builders, LLC

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Harbour Classic Builders, LLC to refund penalty and interest for Account No. 3267-0000-0261-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

c. Account No.: 4939-0000-0225-000 Maravilla Owners Association

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve request by Maravilla Owners Association to waive penalty and interest for Account No. 4939-0000-0225-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

11. Discuss ~~and consider approval of a~~ preliminary plan for County Commissioners, Justices of the Peace and the Constables Precinct Boundaries for the purpose of redistricting related to the 2010 Census submitted by County Judge.

   No action taken.

12. Consideration of change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects submitted by the County Engineer.

    Motion by Commissioner O'Brien, seconded by County Judge Henry

    Duly put and unanimously carried (5-0), it is ordered to approve change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

13. Consideration of an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project submitted by the County Engineer.

    Motion by Commissioner Holmes, seconded by Commissioner O'Brien

    Duly put and unanimously carried (5-0), it is ordered to approve an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

14. Consideration of additional services authorization for Jacobs Engineering on the Mid-County Annex submitted by the County Architect.

    Motion by Commissioner Holmes, seconded by Commissioner Doyle

    Duly put and unanimously carried (5-0), it is ordered to approve additional services authorization for Jacobs Engineering on the Mid-County Annex.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

15. Consideration of authorization for additional services on the design phase of the Senior Center by Jacobs Engineering and the termination of their contract upon completion of that phase submitted by the County Architect.

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and unanimously carried (5-0), it is ordered to defer item 15.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

16. Consideration of permission to finish Senior Center project in house with Contract Services of Architect, Mike Steffey, submitted by the County Architect.

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and unanimously carried (5-0), it is ordered to defer item 16.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

17. Consider recommending awarding contracts on the following Bids submitted by the Purchasing Agent.

   **a. Bid #B111037     Hughes Road Reconstruction**

   Motion by Commissioner Holmes, seconded by Commissioner Doyle

   Duly put and unanimously carried (5-0), it is ordered to approve the award of contract for Bid #B111037 for Hughes Road Reconstruction to R. W. Lucas Construction, LLC, as recommended.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

**b. Bid #B111047      City of Bayou Vista, Ling Street Rehabilitation**

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve award of contract for Bid #B111047 for City of Bayou Vista, Ling Street Rehabilitation to Mullen Asphalt Paving Company, Inc., as recommended.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

18. Consideration to cancel and authorize the Purchasing Agent to re-bid the following bid submitted by the Purchasing Agent.
   **a. Bid #B112024      Sale of Recyclable Products**

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to cancel Bid #B112024 for Sale of Recyclable Products and the Purchasing Agent is authorized to re-bid.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

19. Consider recommending awarding a contract on the following RFP submitted by the Purchasing Agent.
   **a. RFP #B112019      Lockbox Services for Galveston County of Galveston**

Motion by County Judge Henry to defer item 19a.

20. Consideration of Budget Amendments submitted by the Budget Officer.

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-112-0802-A | Juvenile Justice – Budget request for three exemptions to the hiring freeze – Juvenile Justice Officers – Positions #2561180044, #2561190023 and #2561190034. |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Juvenile Justice for three Exemptions to the hiring freeze for Juvenile Justice Officers, Positions #2561180044, #2561190023 and #2561190034.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-113-0802-B | Unlimited Tax Road Bonds, Series 2009A – Request to budget Change Order No. 1 – R.W. Lucas – transfer funds from Caroline to roads – Precinct #1. |

Motion by Commissioner Holmes, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Unlimited Tax Road Bonds, Series 2009A to budget Change Order No. 1 for R.W. Lucas to transfer funds from Caroline to roads in Precinct #1.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

| | | |
|---|---|---|
| 2011 | 11-114-0802-C | Constable Precinct #7 – Budget request for an exemption to the hiring freeze – Deputy Constable – Position - #2237000002. |

Motion by Commissioner Doyle, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Constable Precinct #7 for an exemption to the hiring freeze for Deputy Constable, Position #2237000002.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

21. Consideration of Appointment of a Deputy as submitted by Constable, Precinct Number 7.

   Motion by County Judge Henry to defer item 21.

22. Consideration of authorizing the County Judge to execute Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies submitted by the Emergency Management Coordinator.

   Motion by Commissioner O'Brien, seconded by County Judge Henry

   Duly put and unanimously carried (5-0), it is ordered to authorize the County Judge to execute a Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

23. Consideration of Hurricane Ike items:

   a. Consideration of authorizing execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program submitted by the Emergency Management Coordinator.

   Motion by County Judge Henry, seconded by Commissioner O'Brien

   Duly put and carried (4-0-1), it is ordered to authorize execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program.

   | | |
   |---|---|
   | Judge Henry | Yes |
   | Commissioner Doyle | Abstain |
   | Commissioner O'Brien | Yes |
   | Commissioner Holmes | Yes |
   | Commissioner Clark | Yes |

   b. Update on Housing Program submitted by Director of Housing.

   No action taken.

Commissioners Court adjourned at 2:35 p.m. on Tuesday, August 2, 2011.

**WORKSHOP WILL BEGIN IMMEDIATELY AFTER COMMISSIONERS COURT ADJOURNS**

**WORSHOP AGENDA**

1. Discuss Bond Refinance presented by Louis E. Pauls and associates.

SPEHK

MEETING DATE 8/15/11

| SIGNATURE | PRINTED NAME |
|---|---|
| *Jim Wolfe* | Jim Wolfe ✓ ✓ |
| *Trish Hanks* | TRISH HANKS ✓ ✓ |
| *Bill C. Pmy* | Bill Provenzano ✓ ✓ |
| | Dyana Babick ✓ ✓ |
| | Gerhard Meinecke ✓ ✓ |
| *X Brown* | David Brown ✓ ✓ |
| *Rusty Cates* | |
| | Rusty Cates ✓ ✓ |
| *Tommy Frankovich* | Tommy Frankovich ✓ ✓ |
| *Barbara Meeks* | Barbara Meeks ✓ ✓ |
| *Neil Baron* | Neil BARON ✓ ✓ |
| | Louis Decker |

_Speaking_

MEETING DATE  8/16/11

| SIGNATURE | PRINTED NAME |
|---|---|
| _[signature]_ | Gerhard Meinecke |
| _[signature]_ | Xens Decker |
| _[signature]_ | Rusty Cates |
|  | Mike Burkhart . |
|  | JP5- Darrell Apffel |
|  | Derrick Rose, Constable Pct 3 |
|  | Don Cherry, Constable Pct 1 |
|  | Johnny Hollowell |
|  | Jimmy Fullen, Constable Pct 4 |
|  | David Floyd . |
|  | Louis Deaker. |
|  | JP4- Mike Nelson |
|  | Terry Petteway, Constable Pct 2 |
|  | Neil Baron . |

## Speaking

MEETING DATE 8/17/11

| SIGNATURE | | PRINTED NAME | |
|---|---|---|---|
| CYNTHIA SRADER | ✓✓ | | |
| Anne Willis | ✓✓ | | |
| Judge Jay Vondra | ✓✓ | | |
| Paula Piserelle | ✓ | Margo Johnson | |
| Emett | ✓ | Jacqueline Cook | |
| Jan Vondra | ✓ ✓ | | |
| Larry Flanagan | ✓ ✓ | | |
| Sidney Bouse | ✓ ✓ | | |
| Ronald Mallet | ✓ | | |
| Chris Pierce | ✓ | | |
| George Strung | ✓ | | |
| Stan Schubert | ✓ | | |
| Karen Schubert | ✓ | | |
| Cindy Srader | ✓ | | |
| Lori Lykos | ✓ | | |
| Michael Lykos | ✓ | | |
| Pala Passarelli | ✓ | | |
| Rob Ness | ✓ | Deanna ? | |
| Charlotte Vibe | ✓ | Edwin Smith | ✓ |
| Bud Atwood | ✓ | Andy Rapp | ✓ |
| Bruce Faggard | ✓ | Mitt McDonald | ✓ |
| Vincy Bouse | ✓ | Brad Vratis | ✓ |
| | | Constable Comeaux | ✓ |

(28)

*Speaking*　　　　　　　　　　　　　　　　　　　　　0

MEETING DATE 8/22/11

| SIGNATURE | PRINTED NAME |
|---|---|
| *Janis Lowe* | Janis Lowe ✓ ✓ |
| *Barbara* | Barbara Meeks ✓ ✓ |
| *Sarah Von Drau* | SARAH VON DRAU ✓ ✓ |
| *Chris K.* | Chris Kinard ✓ ✓ |
| *Malinda Garcia* | Malinda Garcia ✓ ✓ |
| *Alex Garcia* | Alex Garcia ✓ ✓ |
| *Barbara White* | Barbara White ✓ ✓ |
| *Tschert* | Glenne-Trochesset ✓ ✓ |
| *Rogers* | Kathy Rogers ✓ ✓ |
| *Phil Roberts* | Phil Roberts ✓ ✓ |
| *(illegible)* | Gerhard Meierek ✓ |
| *Paula Smith* | PAULA Smith ✓ ✓ |
| *MS* | Mike Smith ✓ ✓ |
| *Jeannie Kranz* | Jeannie Kranz ✓ ✓ |
| *Bruce Woodcock* | BRUCE WOODCOCK ✓ ✓ |
| *Monica Millican* | Monica Millican ✓ |
| ~~*signature*~~ | ~~BARBARA Meeks~~ |
| *T.K.* | TODD KINSEY ✓ ✓ |

②

MEETING DATE 8/22/11

| SIGNATURE | PRINTED NAME |
|---|---|
| Doreen Hughs | DOREEN HUGHES ✓✓ |
| Susan Myers | Susan Myers ✓✓ |
| Richard Batie | Richard Batie ✓✓ |
| Dell Apffel | DARRELL A. APFFEL ✓✓ |
| Shawn Bailey | Shawn Bailey ✓✓ |
| Jack CROSS | JACK CROSS ✓✓ |
| K.C. Brayles | Kenneth C. Brayles ✓✓ |
| Carlos Garza | Carlos Garza ✓✓ |
| (x) | MATT DOYLE ✓✓ |
| Chuck Doyle | Chuck L. Doyle ✓✓ |
| Heidi Thiess | HEIDI THIESS ✓✓ |
| Dee Ann Haney | Dee Ann Haney ✓✓ |
| Larry Schumacher | LARRY SCHUMACHER ✓✓ |
| Bob Senter | BOB SENTER ✓✓ |
| Jenny Senter | JENNY SENTER ✓ |
| Geri Bentley | GERI BENTLEY ✓✓ |
| Carole Alexander | Carole Alexander ✓✓ |
| Carol K. Dean | Carol Dean ✓✓ |

(3)

MEETING DATE 8/22/11

| SIGNATURE | PRINTED NAME |
|---|---|
| Patricia V Grady | Patricia V. Grady |
| [signature] | Brenda Gutierrez |
| Roxann Lewis | Roxann Lewis |
| [signature] | Joel J. Caldwell |
| [signature] | Dan Krieger |
| [signature] | Rusty Cates |
| [signature] | ~~Randy~~ Ryan Dennard |
| Diane Merchant | Diane Y. Merchant |
| Geraldine Sam | Geraldine Sam |
| Lupe Canto | Lupe Canto |
| Stanley Brown | Stanley F. Brown |
| [signature] | James Hobgood |
| ~~[signature]~~ | ~~Dedrick D. Johnson~~ |
| Robert Hutchins | Robert Hutchins |
| Dedrick Johnson | |
| Becky Little | Becky Little |
| Chris Stevens | Chris Stevens |
| [signature] | Leon Phillips Jr |

# Speaking

MEETING DATE 8/23/11

| SIGNATURE | PRINTED NAME | | |
|---|---|---|---|
| Carol Dean | Carol Dean | ✓ | ✓ |
| Casey Farris | Casey Farris | ✓ | ✓ |
| Henry Gomez | Henry Gomez | ✓ | ✓ |
| Sandra Tetley | Sandra Tetley | ✓ | ✓ |
| Alison Putman | Alison Putman | | ✓ |
| Barbara Meeks | Barbara Meeks | ✓ | ✓ |
| Richard Batie | Richard Batie | | ✓ |
| K. Le | Karen Lewis | ✓ | ✓ |
| M. Smith | Mike Smith | ✓ | ✓ |
| G. Heinecke | G. Heinecke, KC | ✓ | ✓ |
| Paula Smith | Paula Smith | ✓ | ✓ |
| Carolyn Sunseri | Carolyn Sunseri | ✓ | ✓ |
| Joe Compian | Joe Compian | ✓ | ✓ |
| James Hopgood | James Hopgood | ✓ | ✓ |
| Linda Burton | Linda Burton | ✓ | ✓ |
| Ron Dailey | Ron Dailey | ✓ | ✓ |
| Lloyd Criss | Lloyd Criss | ✓ | ✓ |
| Penny L. Pope | Penny L. Pope | ✓ | ✓ |

②

MEETING DATE 8/23/11

| SIGNATURE | PRINTED NAME | |
|---|---|---|
| Malinda Garcia | Malinda Garcia ✓ | ✓ |
| Harold Thomas | Harold Thomas ✓ | ✓ |
| Barbara Roberts | BARBARA ROBERTS ✓ | ✓ |
| J.D. Roberts | J.D. Roberts ✓ | ✓ |
| Robert Hutchins | Robert Hutchinski | |
| Louis Wayne Blown | Louis WAYNE Blown ✓ | ✓ |
| Don Cherry | Don Cherry ✓ | ✓ |
| Brenda | Brenda Jarrence ✓ | ✓ |
| Ryan Dennard | Ryan Dennard ✓ | ✓ |
| Rusty Cates | Rusty Cates ✓ | ✓ |
| Maurey Casey | Maurey Casey ✓ | ✓ |
| Chris Peden | CHRIS PEDEN ✓ | ✓ |
| Shawn C. Phillips | Shawn C. Phillips ✓ | ✓ |
| Andrea P. Sunseri | Andrea P. Sunseri ✓ | ✓ |
| Mary Helen Stone | Mary Helen Stone ✓ | ✓ |
| Joel J. Caldwell | JOEL J. CALDWELL ✓ | ✓ |
| Ora S. Fields | ORA S. FIELDS ✓ | ✓ |

③

MEETING DATE  8/23/11

| SIGNATURE | PRINTED NAME | | |
|---|---|---|---|
| *Jean Sargent* | JEAN SARGENT | ✓ | ✓ |
| *Anna Leigh Sargent* | ANNA LEIGH SARGENT | ✓ | ✓ |
| *Mary Jean Sargent* | MARY JEAN SARGENT | ✓ | ✓ |
| *Robert C. Hoskins* | Robert C. Hoskins | ✓ | ✓ |
| *Terry Ritter* | Terry Ritter | ✓ | ✓ |

(4)

MEETING DATE 8/23/11

| SIGNATURE | PRINTED NAME |
|---|---|
| [signature] | Rev. James Daniels |
| [signature] | Chris Stevens |
| [signature] | Joseph "Joe" Jaworski |
| [signature] | John Gay |
| [signature] | Leon Phillips, II |