BEIRNE, MAYNARD & PARSONS, L.L.P.

401 W. 15TH STREET
SUITE 845
AUSTIN, TEXAS 78717
(512) 623-6700
FAX (512) 623-6701

JAMES E. "TREY" TRAINOR, III

DIRECT DIAL (512) 623-6768
EMAIL: TTRAINOR@BMPLLP.COM

RECEIVED
OCT 24 2011
GALVESTON COUNTY JUDGE

October 19, 2011

Chief, Voting Section
Civil Rights Division
Room 7254-NWB
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, D.C. 20530

Re:  Submission under Section 5, Voting Rights Act of 2011 redistricting of Justice of
the peace/constable precincts for Galveston County, Texas and request for
expedited consideration

Dear Voting Section:

On behalf of Galveston County, Texas (hereinafter, "County"), I hereby submit the
following changes affecting voting for consideration pursuant to 42 U.S.C. §1973(c).

Galveston County seeks preclearance of its August 30, 2011 Order adopting changes to
the boundaries of two of its justice of the peace/constable precincts.

The changes to the justice of the peace/constable precincts were a result of population
changes identified in the 2010 Census and the County Commissioners Court evaluation of
convenience of the citizens in accessing the services of the courts.

Galveston County respectfully requests expedited consideration of this submission
pursuant to 28 C.F.R. §51.34 for preclearance by November 12, 2011, the first date on which
candidates may apply for a place on a Republican or Democrat primary ballot. December 12,
2011 will conclude the period within which candidates may file an application for a place on the
primary ballot.

In compliance with 28 C.F.R. Part 51, I am supplying the following information, or
references to the relevant attachment where the information is located, on behalf of the County:

## Section 51.27

    **(a)**    **A copy of any ordinance, enactment, order or regulation embodying a change affecting voting.**

A copy of the Galveston County Commissioners Court Order adopting the boundary changes for its justice of the peace/constable precincts is attached to this submission as Exhibit "A."

    **(b)**    **A copy of any ordinance, enactment, order, or regulation embodying the vote practice that is proposed to be repealed, amended, or otherwise changed.**

A copy of the Galveston County Commissioners Court Order adopting the existing justice of the peace/constable precincts is attached to this submission as Exhibit "B."

    **(c)**    **If the change affecting voting is not readily apparent on the face of the documents provided under paragraph (a) and (b) of this section or is not embodied in a document, a clear statement of the change explaining the difference between the submitted change and the prior law or practice, or explanatory materials adequate to disclose to the Attorney General the difference between the prior and proposed situation with respect to voting.**

The change alters the boundaries of all of the justice of the peace/constable precincts in Galveston County and reduces the number of precincts from eight (8) to five (5). The difference in population and demographics between the newly adopted and current precincts is shown in the following charts.

A map showing the new precincts is attached as Exhibit "C", and a map of the prior precincts is attached as Exhibit "D." Additionally, both maps are submitted in .dbf format on the enclosed disk.

### Existing Districts Total Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 36,018 | -1.09% | 30.22 | 52.71 | 11.16 | 3.92 | 0.08 |
| 2 | 12,708 | -65.10% | 32.37 | 26.63 | 38.46 | 0.61 | 0.12 |
| 3 | 23,163 | -36.39% | 20.19 | 28.96 | 48.69 | 0.45 | 0.10 |
| 4 | 30,305 | -16.78% | 14.63 | 80.17 | 3.21 | 0.50 | 0.09 |
| 5 | 37,350 | 2.57% | 29.22 | 45.49 | 22.39 | 1.11 | 0.13 |
| 7 | 60,107 | 65.07% | 23.12 | 66.35 | 5.35 | 3.24 | 0.20 |
| 8 | 89,241 | 145.07% | 17.93 | 67.74 | 7.26 | 4.92 | 0.18 |
| 9 | 2,417 | -93.36% | 14.60 | 81.18 | 0.66 | 0.74 | 0.08 |
| Totals | 291,309 | | | | | | |

### 2011 Adopted Districts Total Population

| District | Persons | Deviation | Hispanic % of Total Population | Non-Hispanic Anglo % of Total Population | Non-Hispanic Black % of Total Population | Non-Hispanic Asian % of Total Population | Non-Hispanic Other % of Total Population |
|---|---|---|---|---|---|---|---|
| 1 | 88,852 | 52.50% | 17.94 | 67.70 | 7.27 | 4.93 | 0.18 |
| 2 | 83,092 | 42.62% | 24.96 | 62.62 | 7.96 | 2.56 | 0.18 |
| 3 | 84,740 | 45.45% | 27.64 | 39.08 | 29.26 | 2.12 | 0.10 |
| 4 | 32,208 | -44.72% | 14.93 | 78.82 | 4.18 | 0.57 | 0.08 |
| 5 | 2,417 | -95.85% | 14.60 | 81.18 | 0.66 | 0.74 | 0.08 |
| Totals | 291,309 | | | | | | |

## Existing Districts Voting Age Population

| District | Total VAP | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|
| 1 | 29,371 | 26.50 | 57.23 | 10.46 | 4.06 | 0.09 |
| 2 | 10,008 | 29.40 | 30.67 | 37.56 | 0.71 | 0.14 |
| 3 | 17,292 | 17.31 | 32.58 | 48.37 | 0.50 | 0.08 |
| 4 | 23,167 | 12.70 | 82.81 | 2.70 | 0.52 | 0.10 |
| 5 | 27,410 | 25.90 | 50.26 | 21.24 | 1.24 | 0.11 |
| 7 | 44,140 | 19.49 | 70.42 | 5.14 | 3.28 | 0.18 |
| 8 | 63,708 | 15.81 | 70.55 | 7.06 | 4.96 | 0.15 |
| 9 | 2,046 | 10.51 | 85.78 | 0.68 | 0.73 | 0.05 |
| Totals | 217,142 | | | | | |

## 2011 Adopted Districts Voting Age Population

| District | Total VAP | Hispanic % of Total VAP | Non-Hispanic Anglo % of Total VAP | Non-Hispanic Black % of Total VAP | Non-Hispanic Asian % of Total VAP | Non-Hispanic Other % of Total VAP |
|---|---|---|---|---|---|---|
| 1 | 63,408 | 15.81 | 70.52 | 7.08 | 4.97 | 0.15 |
| 2 | 61,170 | 21.35 | 66.80 | 7.67 | 2.61 | 0.16 |
| 3 | 65,934 | 24.49 | 43.84 | 27.79 | 2.30 | 0.10 |
| 4 | 24,584 | 13.02 | 81.45 | 3.69 | 0.60 | 0.09 |
| 5 | 2,046 | 10.51 | 85.78 | 0.68 | 0.73 | 0.05 |
| Totals | 217,142 | | | | | |

**(d)** **The name, title, address and telephone number of the person making the submission.**

The person making the submission is Mr. James E. "Trey" Trainor, III at the law firm of Beirne, Maynard & Parsons, L.L.P., 401 W. 15th Street, Suite 845, Austin, Texas 78701, phone (512) 623-6700 and fax (512) 623-6701

**(e)** **The name of the submitting authority and the name of the jurisdiction responsible for the change, if different.**

The name of the submitting authority is Galveston County, Texas

**(f)** **If the submission is not from a State or county, the name of the county and State in which the submitting authority is located.**

Not applicable

**(g)** **Identification of the person or body responsible for making the change and the mode of decision (e.g., act of State legislature, ordinance of city council, administrative decision by registrar).**

The changes to the justice of the peace/constable precincts were adopted by the Galveston County Commissioners Court by Order dated August 30, 2011.

**h)** **A statement identifying the statutory or other authority under which the jurisdiction undertakes the change and a description of the procedures the jurisdiction was required to follow in deciding to undertake the change.**

The proposed changes to the justice of the peace/constable precincts boundaries are made pursuant to Texas Constitution Article 5, § 18(a). This state constitutional provision authorizes a Texas County of a population of 50,000 or more, according to the most recent federal census, acting through its Commissioners Court, and for the convenience of the people, from time to time, to divide the county into not less than four and not more than eight precincts. Subsection (a) of Article 5, § 18, provides that, in a county with a population of 150,000 or more, according to the federal census, each precinct may contain more than one justice of the peace court.

Further, Texas Local Government Code § 81.021(a) provides that a commissioners court order that orders a change in the boundaries of justice of the peace/constable precincts may specify in its order an effective date of the change that is not later than January 1 following the next general election.

**(i)** **The date of adoption of the change affecting voting.**

The changes to commissioner precincts were adopted by the Commissioners Court of Galveston County, Texas by Order dated August 30, 2011.

**(j)** **The date on which the change is to take effect.**

The order is effective on the later of January 1, 2012 or when preclearance is obtained.

**(k)** **A statement that the change has not yet been enforced or administered, or an explanation of why such statement cannot be made.**

The change has not yet been enforced or administered.

**(l)** **Where the change will affect less than the entire jurisdiction, an explanation of the scope of the change.**

The change affects the entire jurisdiction of Galveston County, Texas.

**(m)** **A statement of the reasons for the change.**

The proposed changes in the justice of the peace/constable precincts were undertaken by the County after the 2010 Census as part of their periodic analysis of the use and allocation of county resources for the convenience of the people. The change will make access to the justice of the peace courts more convenient for the people.

**(n)** **A statement of the anticipated effect of the change on members of racial or language minority groups.**

The proposed changes in justice of the peace/constable precincts are in compliance with all applicable federal laws and neither has the purpose nor will have the effect of denying or abridging the right to vote on account of race, color, or membership in a language minority. The proposed change does not retrogress racial or language minorities' ability to effectively exercise their electoral franchise.

The reduction in the number of justice of the peace/constable precincts will reduce the attendant costs associated with running the six additional offices (three justices of the peace and three constables, not including administrative support staff). However, the proposed plan should retain roughly the same percentage of majority-minority justices of the peace/constables districts as the current plan.

To obtain the cost savings associated with consolidating justice of the peace/constable precincts, the adopted changes join the current precincts one and two together on Galveston Island and then extending that district onto the mainland with precinct three. Additionally, current precincts five and seven are consolidated together.

Given the unique geography of Galveston County, which has two dramatically isolated geographic components – Galveston Island and Bolivar Peninsula – the proposed plan reshaped the current configuration of districts to more conveniently accommodate the citizens. Bolivar Peninsula, which is only linked to the remainder of Galveston County via a ferry, maintains a justice of the peace/constable district unto itself while the entirety

of Galveston Island has been placed into one district and joined to the mainland. The proposed plan accomplished the joining of Galveston Island to the mainland while still maintaining the ability of the minority community to elect the candidate of their choice.

**(o)      A statement identifying any past or pending litigation concerning the change or related voting practices.**

There is currently no litigation involving the County's newly enacted justice of the peace/constable redistricting plan.

**(p)      A statement that the prior practice has been precleared (with the date) or is not subject to the preclearance requirement and a statement that the procedure for the adoption of the change has been precleared (with the date) or is not subject to the preclearance requirement, or an explanation of why such statement cannot be made.**

The prior redistricting plan was precleared on December 3, 1999. A copy of the prior preclearance letter is attached hereto as Exhibit "E."

## Section 51.28

**(a)      Demographic information**

**(1)      Total and voting age population of the affected area before and after the change, by race and language group.**

See charts above in response to Section 51.27(c).

**(2)      The number of registered voters for the affected area by voting precinct before and after the change, by race and language group.**

Data on registration by race is not collected or reported in Texas, although it is possible to determine the approximate number of persons who are registered voters who have Spanish surnames. This information, reported by the Texas Secretary of State, is attached as Exhibit "F."

**(3)      Any estimates of population, by race and language group, made in connection with the adoption of the change.**

It was not necessary to make any estimates in connection with the adoption of the change.

**(b)      Maps**

**(1)    The prior and new boundaries of the voting unit or units.**

Maps depicting the newly adopted and the current commissioner precincts are attached hereto as Exhibits "C" and "D," respectively.

**(2)    The prior and new boundaries of voting precincts.**

The change does not affect voting precincts.

**(3)    The location of racial and language minority groups.**

The maps are included on the disk included with this submission.

**(4)    Any natural boundaries or geographical features that influenced the selection of the prior or new units.**

All adjustments to the boundaries of the territories constituting the new justice of the peace/constable precincts are based on 2010 Census Geography as depicted on the latest TIGER files available from the Census Bureau. The precise boundaries of the census blocks used to build the justice of the peace/constable precincts, in many instances, follow highways, county roads, city streets, and other geographic features, all as depicted in the 2010 TIGER files and as further depicted in the attached map of the proposed justice of the peace/constable precincts as Exhibit "C."

**(5)    The location of prior and new polling places.**

The change does not affect polling places.

**(6)    The location of prior and new voter registration sites.**

The change does not affect voter registration.

**(c)    Annexations**

Not applicable.

**(d)    Election Returns**

Election returns for the past ten (10) years are being provided on magnetic media. Additionally, election returns from 2007 to 2010 may also be accessed on the County's website at http://www.galvestonvotes.org/Resources/PastElectionReturns.html.

(e)     **Language usage**

Not applicable.

(f)     **Publicity and participation**

From the outset of the redistricting process, the Galveston County Commissioners Court took steps to ensure the full participation of all interested persons and groups. Specifically, the County conducted five (5) public hearings in addition to two regularly scheduled Commissioners Court meetings to take public input on redistricting.

At a Commissioners Court meeting held on August 2, 2011, the County's redistricting consultants presented a preliminary demographic report showing the results of the 2010 Census. At this meeting, the Court was presented with a preliminary redistricting proposal for justice of the peace precincts and accepted public comment.

The Commissioners Court then conducted five (5) public hearings at various locations throughout the County to receive public comment on redistricting of county commissioner and justice of the peace precincts. The following is a list of the dates, times and locations of those meetings:

| Date | Time | Location | Address |
|---|---|---|---|
| 08/15/11 | 7:00 p.m. | Calder Road Annex | 174 Calder Road League City, TX 77573 |
| 08/16/11 | 6:00 p.m. | West County Annex | 11730 State Hwy. 6 Santa Fe, TX 77510 |
| 08/17/11 | 6:00 p.m. | Crystal Beach Annex | 946 Noble Carl Road Crystal Beach, TX 77650 |
| 08/22/11 | 7:00 p.m. | Nessler Center | 2010 Fifth Avenue North Texas City, TX 77590 |
| 08/23/11 | 7:00 p.m. | Galveston County Courthouse | 722 Moody Galveston, TX 77550 |

The Commissioner Court met again on August 30, 2011, and received comment from the County's redistricting consultants and was presented with a new proposal. This proposal was adopted by the Commissioner Court by a vote of three to two.

(1)     **Copies of newspaper articles discussing the proposed change.**

Copies of newspaper articles discussing the proposed changes are attached as Exhibit "G."

(2)     **Copies of public notices that describe the proposed change and invite public comment or participation in hearings and statements regarding where such public notices appeared (e.g., newspaper, radio, or television, posted in public buildings, sent to identified individuals or groups).**

A copy of the notices of the public hearings and agendas of the Commissioners Court meetings at which the redistricting plans were discussed and/or adopted are attached as Exhibit "H."

(3)     **Minutes or accounts of public hearings concerning the proposed change.**

Minutes of the Commissioners Court Meetings at which the proposed redistricting plans were discussed and adopted are attached as Exhibit "I." The meetings were tape recorded, and a transcript will be provided upon request.

(4)     **Statements, speeches, and other public communications concerning the proposed change.**

Statements and public communications are reflected in the newspaper articles and minutes of the Commissioner Court meetings.

(5)     **Copies of comments from the general public.**

Comments from the general public are reflected in the newspaper articles and minutes of the Commissioners Court meetings.

(6)     **Excerpts from legislative journals containing discussion of a submitted enactment, or other material revealing its legislative purpose.**

Not applicable.

(g)     **Availability of the submission**

Attached as Exhibit "J" is a copy of the public notice which will be posted at the Galveston County Courthouse stating the availability of the preclearance submission for public inspection.

A duplicate copy of the submission is available for public inspection during normal business hours at the Galveston County Courthouse, Galveston, Texas.

(h)     **Minority group contacts**

The following individuals reside in Galveston County, Texas, and are familiar with the proposed change, and were active in the political process by which the Plan was adopted:

The Honorable Stephen Holmes
Commissioner, Precinct 3
2516 Texas Avenue, Room 121
Texas City, TX 77590
(409) 770-5806

Dr. Dotti Jones
College of the Mainland
1200 Amburn Road
Texas City, TX 77591
(409) 938-1211

Rev. James Daniels
2327 Texas Avenue
Texas City, TX 77590

Henry Gomez
P.O. Box 3785
Galveston, TX 77552

It has been the purpose of this submission to provide available relevant information that will be helpful to the Department without unduly burdening the record. Please let me know if there is any underlying data or other information that the Department would find helpful when reviewing this submission.

Thank you for your assistance and expedited consideration.

Respectfully submitted,

BEIRNE MAYNARD & PARSONS L.L.P.
401 W. 15th Street, Suite 845
Austin, Texas 78701
(512) 623-6700
(512) 623-6701 fax

By James E. "Trey" Trainor, III
Joseph M. Nixon

**ATTORNEYS FOR GALVESTON COUNTY, TEXAS**

# Exhibit
# A

On this the 30th day of August, 2011 the Commissioners Court of Galveston County, Texas convened in a regularly scheduled meeting with the following members thereof present:

**Mark Henry, County Judge;**
**Patrick Doyle, Commissioner, Precinct No. 1;**
**Kevin O'Brien, Commissioner, Precinct No. 2;**
**Stephen D. Holmes, Commissioner, Precinct No. 3; and**
**Kenneth Clark, Commissioner, Precinct No. 4.**

When the following proceedings, among others were had, to wit:

---

### An Order Establishing the Boundaries of the Justice Precincts In Galveston County

---

**Whereas**, Article 5, Section 18 (a) of the Texas Constitution provides that each county of the State having a population of at least 50,000 persons may be divided from time to time, for the convenience of the people, into not less than four nor more than eight justice precincts; and

**Whereas**, due to the rapid expansion of population, the Commissioners' Court of Galveston County, Texas finds it appropriate to adjust the boundaries of several of the County's justice precincts to better address and serve the needs and convenience of the people; and

**Whereas**, since Galveston County has a population greater than 150,000 according to the 2010 decennial federal census, under Article 5, Section 18(a) of the Texas Constitution, each justice precinct in Galveston County may have more than one justice of the peace; and

**Whereas**, in making changes to the existing justice precinct configurations and to the existing number of justice precincts in the County, consideration was given to the various requirements of Texas law including the Texas Constitution, the Texas Election Code, the Texas Government Code and the Texas Local Government Code and to the requirements set forth in the federal Voting Rights Act of 1965, as amended; and

**Whereas**, where justice precincts have been abolished, or where incumbent justices of the peace or constables, as a result of the reconfiguration of justice precincts, are no longer residents of the justice precinct from which they were elected, incumbent justices of the peace and constables are entitled, under Section 5 Section 18(c) of the Texas Constitution, to serve the remainder of the terms of office to which they have been previously elected. Such remaining terms of office are to be served in the new justice precincts in which the said incumbent justices of the peace will thereafter reside rather than the precincts from which they were elected.

**It is Therefore Ordered** that, effective on January 1, 2012, Galveston County shall be divided into five (5) justice precincts, the boundaries of which remaining justice precincts shall be redrawn as hereinafter described. Exhibit A attached to this Order is a map that accurately depicts the boundaries and territories of the respective justice precinct boundaries as redrawn pursuant to this Order.

**Be it Further Ordered** that each justice of the peace and constable in office on the effective date of this whose justice precinct has been abolished, or who is no longer a resident of the justice precinct from which elected, shall serve the full term of office to which each was elected or appointed, as the case may be, in the reconfigured precinct in which the said incumbent justice of the peace or constable resides, for the full term to which each was elected or appointed, even though a change in justice precinct boundaries places the said incumbent's residence outside the precinct from which he or she was elected or appointed, and notwithstanding that such service in office temporarily results in additional justices of the peace or constables serving in a justice precinct.

**Upon Motion of Commissioner Kenneth Clark** and **Seconded by Commissioner Kevin O'Brien**, the above **Redistricting Plan** was passed by a vote of 3 to 2 this 30th day of August, 2011.

**County of Galveston**

By: _Mark Henry_

**Mark Henry, County Judge**

Attest:

_Dwight D. Sullivan_

**Dwight Sullivan**
**County Clerk**

# Exhibit
# B

On this the 5th day of November, 2001, the Commissioners' Court of Galveston County, Texas, convened in a regularly scheduled meeting with the following members thereof present:

**James D. Yarbrough, County Judge;**
**Eddie Barr, Commissioner, Precinct No. 1;**
**Eddie Janek, Commissioner, Precinct No. 2;**
**Stephen D. Holmes, Commissioner, Precinct No. 3;**
**Kenneth Clark, Commissioner, Precinct No. 4; and**
**Patricia Ritchie, County Clerk**

when the following proceedings, among others, were had, to wit:

---

### An Order Establishing the Boundaries of the Justice Precincts in Galveston County

---

**Whereas**, Article 5, Section 18(a) of the Texas Constitution provides that each county of the State having a population of at least 50,000 persons may be divided from time to time, for the convenience of the people, into not less than four nor more than eight justice precincts; and

**Whereas**, due to the rapid expansion of population, the Commissioners' Court of Galveston County, Texas finds it appropriate to adjust the boundaries of several of the County's justice precincts to better address and serve the needs and convenience of the people; and

**Whereas**, since Galveston County has a population greater than 150,000 according to the 2000 decennial federal census, under Article 5, Section 18(a) of the Texas Constitution, each justice precinct in Galveston County may have more than one justice of the peace; and

**Whereas**, in making changes to the existing justice precinct configurations and to the existing number of justice precincts in the County, consideration was given to the new county commissioners precincts, and to the various requirements of Texas law including the Texas Constitution, the Texas Election Code, the Texas Government Code and the Texas Local Government Code and to the requirements set forth in the federal Voting Rights Act of 1965, as amended; and

**Whereas,** there are currently nine (9) justice precincts in Galveston County pursuant to a court order entered in *Hoskins v. Hannah*, Civil Action No. G-92-12, S. D. Tex (Aug. 19, 1992). Nine (9) precincts are greater than that authorized to be created by a county under Texas law. Recognizing this, the *Hoskins* court order calls for the return by the County to a number of justice precincts permitted by Texas law on or before December 2, 2001. It is therefore necessary for this Commissioners Court to abolish at least one (1) of the nine (9) existing justice precincts; and

**Whereas,** where justice precincts have been abolished, or where incumbent justices of the peace or constables, as a result of the reconfiguration of justice precincts, are no longer residents of the justice precinct from which they were elected, incumbent justices of the peace and constables are entitled, under Article 5 Section 18(c) of theTexas Constitution, to serve the remainder of the terms of office to which they have been previously elected. Such remaining terms of office are to be served in the new justice precincts in which the said incumbent justices of the peace will thereafter reside rather than the precincts from which they were elected;

**It is Therefore Ordered** by the Commissioners' Court of Galveston County, Texas, that, effective on January 1, 2002 existing Justice Precinct 6 shall be abolished, and thereafter Galveston County shall be divided into eight (8) justice precincts, the boundaries of which remaining justice precincts shall be redrawn as hereinafter described. Exhibit A attached to this Order is a map denoted "Galveston County Justice Precincts 8-JP Illustrative Plan 5 Revision 3" that accurately depicts the boundaries and territories of the respective justice precinct boundaries as redrawn pursuant to this Order. Exhibit B attached to this Order is a list of the 2000 Census blocks assigned hereby to each respective justice precinct. Exhibit C to this Order is a written description of the reconfigured boundaries of remaining Justice Precincts 1-5 and 7-9, which shall be renumbered consecutively as Justice Precincts 1-8. Exhibits A, B and C are incorporated by reference into and made a part of this Order.

**Be it Further Ordered** that, effective on January 1, 2003, Voting Precinct 467 shall be moved from Justice of the Peace Precinct 8 into Justice of the Peace Precinct 7 and thereafter Galveston County shall be divided into eight (8) justice precincts, the boundaries of which remaining justice precincts shall be redrawn as hereinafter described. Exhibit D attached to this Order is a map denoted "Galveston County Justice Precincts 8-JP Illustrative Plan 5 Revision 4" that accurately depicts the boundaries and territories of the respective justice precinct boundaries as redrawn pursuant to this Order. Exhibit E attached to this Order is a list of the 2000 Census blocks assigned hereby to each respective justice precinct. Exhibit F to this Order is a written description of the reconfigured boundaries of Justice Precincts 1-5 and 7-9, which shall be renumbered consecutively as Justice Precincts 1-8. Exhibits D, E and F are also incorporated by reference into and made a part of this Order.

**Be it Further Ordered** that, since Galveston County has a population greater than 150,000, there shall be created hereby a second justice of the peace position in reconfigured Justice Precinct 8, so that said justice precinct shall thereafter have two justice of the peace positions, designated "Justice of the Peace, Place 1" and "Justice of the Peace, Place 2," respectively.

**Be it Further Ordered** that the creation of the said additional justice of the peace position in Justice Precinct 8 known as Justice of the Peace, Place 1 is to be effective on January 1, 2003; and

**Be if Further Ordered** that candidates for both justice of the peace positions in said Justice Precinct 8 shall run for office at the next general election, following the effective date of this Order, *i.e.*, in November 2002. Candidates for office of Justice of the Peace, Place 1 shall run at such general election for an unexpired two (2)-year term for such office, with the term thereafter to be of four (4) years' duration; and candidates for office of Justice of the Peace, Place 2 shall run at such general election for a full term of office of four (4) years, consistent with the requirements of applicable Texas law; and

**Be it Further Ordered** that each justice of the peace and constable in office on the effective date of this Order whose justice precinct has been abolished, or who is no longer a resident of the justice precinct from which elected, shall serve the full term of office to which each was elected or appointed, as the case may be, in the reconfigured precinct in which the said incumbent justice of the peace or constable resides, for the full term to which each was elected or appointed, even though a change in justice precinct boundaries places the said incumbent's residence outside the precinct from which he or she was elected or appointed, and notwithstanding that such service in office temporarily results in additional justices of the peace or constables serving in a justice precinct.

**Be it Further Ordered** that this Order supercedes the Order previously passed by this Court on the 8th day of October, 2001.

**Upon Motion of County Commissioner Kenneth Clark** and **Seconded by Commissioner Eddie Barr**, the above **Order** was unanimously passed this 5th day of November, 2001.

<div align="center">

**County of Galveston**

By:_____

**James D. Yarbrough, County Judge**

</div>

**Attest:**

_____

**Patricia Ritchie**
**County Clerk**
Depts\commct\redistri\JP and Constable Final Resolution November 5

# Exhibit
# C



# Exhibit
# D



# Exhibit
# E

No Objection Letter from the United States Department of Justice for the Renumbering of Justice of the Peace Precinct 9 as Justice of the Peace Precinct 6 and Early Voting locations for the April 8, 2008 run-off elections, received and filed on motion of Commissioner Holmes, seconded by Commissioner Doyle, and carried.



**U.S. Department of Justice**

Civil Rights Division

RECEIVED

MAY 0 2 2008

GALVESTON COUNTY
LEGAL DEPARTMENT

CC:MSR:JP:par
DJ 166-012-3
2008-1222
2008-2240

*Voting Section - NWB*
*950 Pennsylvania Avenue, NW*
*Washington, DC 20530*

April 28, 2008

Mr Harvey Bazaman
Director, Legal Department
722 Moody, 5th Floor
Galveston, Texas 77550-2317

Dear Mr. Bazaman.

This refers to the renumbering of the Justice of the Peace district, and the early voting location changes for the April 8, 2008, runoff election, for Galveston County, Texas, submitted to the Attorney General pursuant to Section 5 of the Voting Rights Act, 42 U.S.C 1973c. We received your submissions on March 5 and 31, 2008.

The Attorney General does not interpose any objection to the specified changes. However, we note that Section 5 expressly provides that the failure of the Attorney General to object does not bar subsequent litigation to enjoin the enforcement of the changes. Procedures for the Administration of Section 5 of the Voting Rights Act (28 C.F.R. 51 41).

Sincerely,

*Maureen S Rinden*

~~for~~ Christopher Coates
Acting Chief, Voting Section

# Exhibit
# F

County Election Analysis by Precinct

2010 General Election 11/2/2010

Galveston County

| Precinct | VR | TO | TO% | SSVR% | Perry | % | White | % | Governor Glass | % | Shaffo | % | Barron | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0101 | 313 | 148 | 47.3 | 4.5 | 73 | 49.3 | 72 | 48.6 | 2 | 1.4 | 1 | 0.7 | 0 | 0.0 |
| 0102 | 249 | 37 | 14.9 | 1.6 | 23 | 62.2 | 12 | 32.4 | 2 | 5.4 | 0 | 0.0 | 0 | 0.0 |
| 0103 | 1,131 | 333 | 29.4 | 3.4 | 182 | 54.7 | 136 | 40.8 | 13 | 3.9 | 2 | 0.6 | 0 | 0.0 |
| 0104 | 709 | 207 | 29.2 | 6.6 | 124 | 59.9 | 81 | 39.1 | 2 | 1.0 | 0 | 0.0 | 0 | 0.0 |
| 0105 | 1,972 | 592 | 30.0 | 11.8 | 248 | 41.9 | 336 | 56.8 | 6 | 1.0 | 2 | 0.3 | 0 | 0.0 |
| 0106 | 2,830 | 850 | 30.0 | 18.1 | 288 | 33.9 | 538 | 63.3 | 19 | 2.2 | 5 | 0.6 | 0 | 0.0 |
| 0107 | 1,771 | 549 | 31.0 | 18.2 | 120 | 21.9 | 413 | 75.2 | 8 | 1.5 | 8 | 1.5 | 0 | 0.0 |
| 0108 | 2,337 | 748 | 32.0 | 20.7 | 165 | 22.1 | 566 | 75.7 | 13 | 1.7 | 4 | 0.5 | 0 | 0.0 |
| 0115 | 2,893 | 942 | 32.6 | 27.4 | 234 | 24.8 | 683 | 72.5 | 20 | 2.1 | 5 | 0.5 | 0 | 0.0 |
| 0118 | 2,403 | 870 | 36.2 | 25.4 | 345 | 39.7 | 507 | 58.3 | 13 | 1.5 | 5 | 0.6 | 0 | 0.0 |
| 0146 | 2,695 | 1,054 | 39.1 | 18.8 | 533 | 50.6 | 490 | 46.5 | 22 | 2.1 | 9 | 0.9 | 0 | 0.0 |
| 0148 | 2,034 | 667 | 32.8 | 20.6 | 308 | 46.2 | 340 | 51.0 | 15 | 2.2 | 4 | 0.6 | 0 | 0.0 |
| 0149 | 2,255 | 983 | 43.6 | 17.7 | 541 | 55.0 | 420 | 42.7 | 16 | 1.6 | 6 | 0.6 | 0 | 0.0 |
| 0150 | 2,439 | 971 | 39.8 | 21.5 | 472 | 48.6 | 481 | 49.5 | 15 | 1.5 | 3 | 0.3 | 0 | 0.0 |
| 0151 | 2,936 | 1,067 | 36.3 | 8.8 | 719 | 67.4 | 317 | 29.7 | 25 | 2.3 | 6 | 0.6 | 0 | 0.0 |
| 0159 | 2,385 | 824 | 34.5 | 13.2 | 485 | 58.9 | 308 | 37.4 | 26 | 3.2 | 5 | 0.6 | 0 | 0.0 |
| 0165 | 1,484 | 690 | 46.5 | 7.3 | 473 | 68.6 | 204 | 29.6 | 12 | 1.7 | 1 | 0.1 | 0 | 0.0 |
| 0168 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0172 | 265 | 148 | 55.8 | 5.7 | 102 | 69.4 | 43 | 29.3 | 1 | 0.7 | 1 | 0.7 | 0 | 0.0 |
| 0173 | 175 | 85 | 48.6 | 25.1 | 41 | 48.2 | 41 | 48.2 | 1 | 1.2 | 1 | 1.2 | 0 | 0.0 |
| 0194 | 1,414 | 445 | 31.5 | 16.5 | 265 | 59.6 | 167 | 37.5 | 10 | 2.2 | 3 | 0.7 | 0 | 0.0 |
| 0195 | 68 | 24 | 35.3 | 8.8 | 16 | 69.6 | 7 | 30.4 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0196 | 981 | 323 | 32.9 | 14.3 | 196 | 61.1 | 117 | 36.4 | 7 | 2.2 | 1 | 0.3 | 0 | 0.0 |
| 0197 | 184 | 78 | 42.4 | 8.2 | 46 | 60.5 | 25 | 32.9 | 5 | 6.6 | 0 | 0.0 | 0 | 0.0 |
| 0199 | 1,543 | 510 | 33.1 | 21.5 | 250 | 49.0 | 246 | 48.2 | 12 | 2.4 | 2 | 0.4 | 0 | 0.0 |
| 0216 | 2,716 | 783 | 28.8 | 34.0 | 253 | 32.3 | 515 | 65.8 | 14 | 1.8 | 1 | 0.1 | 0 | 0.0 |
| 0217 | 1,027 | 385 | 37.5 | 23.7 | 132 | 34.3 | 238 | 61.8 | 12 | 3.1 | 3 | 0.8 | 0 | 0.0 |
| 0219 | 784 | 358 | 45.7 | 13.6 | 160 | 45.2 | 188 | 53.1 | 4 | 1.1 | 2 | 0.6 | 0 | 0.0 |
| 0220 | 5,618 | 2,378 | 42.3 | 13.4 | 1,457 | 61.3 | 862 | 36.2 | 51 | 2.1 | 8 | 0.3 | 0 | 0.0 |
| 0221 | 1,845 | 857 | 46.4 | 5.7 | 508 | 59.3 | 326 | 38.0 | 19 | 2.2 | 4 | 0.5 | 0 | 0.0 |
| 0222 | 1,625 | 367 | 22.6 | 24.1 | 141 | 38.5 | 215 | 58.7 | 8 | 2.2 | 2 | 0.5 | 0 | 0.0 |
| 0223 | 2,249 | 757 | 33.7 | 20.9 | 324 | 42.8 | 419 | 55.4 | 12 | 1.6 | 2 | 0.3 | 0 | 0.0 |
| 0224 | 2,086 | 864 | 41.4 | 11.4 | 406 | 47.0 | 443 | 51.3 | 12 | 1.4 | 3 | 0.3 | 0 | 0.0 |
| 0225* | 2,720 | 1,461 | 53.7 | 10.0 | 997 | 68.2 | 434 | 29.7 | 23 | 1.6 | 7 | 0.5 | 0 | 0.0 |
| 0226* | 2,801 | 1,099 | 39.2 | 14.1 | 554 | 50.4 | 506 | 46.0 | 34 | 3.1 | 4 | 0.4 | 1 | 0.1 |
| 0227 | 3,019 | 1,310 | 43.4 | 10.6 | 870 | 66.4 | 409 | 31.2 | 25 | 1.9 | 4 | 0.3 | 2 | 0.2 |

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

| Precinct | Reg. | | % | % | | % | | % | | % | | % | | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0228 | 2,975 | 1,437 | 48.3 | 7.2 | 1,028 | 71.5 | 373 | 26.0 | 33 | 2.3 | 3 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0201 | 66 | 35 | 53.0 | 7.6 | 25 | 71.4 | 10 | 28.6 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0232 | 2,436 | 1,070 | 43.9 | 13.1 | 503 | 47.0 | 543 | 50.7 | 21 | 2.0 | 3 | 0.3 | 0 | 0.0 | 0 | 0.0 |
| 0258 | 2,307 | 944 | 40.9 | 10.4 | 632 | 66.9 | 276 | 29.2 | 30 | 3.2 | 6 | 0.6 | 0 | 0.0 | 0 | 0.0 |
| 0263 | 4,408 | 2,185 | 49.6 | 10.4 | 1,582 | 72.4 | 564 | 25.8 | 39 | 1.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0274 | 808 | 352 | 43.6 | 5.8 | 227 | 64.5 | 115 | 32.7 | 9 | 2.6 | 6 | 0.6 | 1 | 0.3 | 1 | 0.3 |
| 0275 | 314 | 180 | 57.3 | 4.5 | 121 | 67.2 | 54 | 30.0 | 5 | 2.8 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0276 | 1,771 | 700 | 39.5 | 12.8 | 333 | 47.6 | 355 | 50.7 | 11 | 1.6 | 1 | 0.1 | 1 | 0.1 | 0 | 0.0 |
| 0277 | 2,520 | 1,058 | 42.0 | 10.6 | 709 | 67.0 | 321 | 30.3 | 23 | 2.2 | 5 | 0.5 | 0 | 0.0 | 0 | 0.0 |
| 0278 | 2,636 | 1,122 | 42.6 | 10.1 | 744 | 66.3 | 333 | 29.7 | 36 | 3.2 | 9 | 0.8 | 0 | 0.0 | 0 | 0.0 |
| 0279 | 1,114 | 463 | 41.6 | 9.2 | 319 | 69.0 | 129 | 27.9 | 14 | 3.0 | 1 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0280 | 102 | 62 | 60.8 | 14.7 | 45 | 73.8 | 12 | 19.7 | 3 | 4.9 | 1 | 1.6 | 0 | 0.0 | 0 | 0.0 |
| 0281 | 212 | 100 | 47.2 | 15.1 | 69 | 69.0 | 29 | 29.0 | 2 | 2.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0286 | 1,448 | 725 | 50.1 | 10.2 | 516 | 71.2 | 193 | 26.6 | 15 | 2.1 | 1 | 0.1 | 0 | 0.0 | 0 | 0.0 |
| 0309 | 130 | 31 | 23.8 | 11.6 | 4 | 12.9 | 27 | 87.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0310 | 664 | 148 | 22.3 | 15.6 | 21 | 14.2 | 124 | 83.8 | 2 | 1.4 | 1 | 0.7 | 0 | 0.0 | 0 | 0.0 |
| 0311 | 809 | 133 | 16.4 | 15.6 | 8 | 6.3 | 119 | 93.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0312 | 0 | 0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0313 | 757 | 243 | 32.1 | 7.5 | 29 | 12.0 | 208 | 86.0 | 4 | 1.7 | 1 | 0.4 | 0 | 0.0 | 0 | 0.0 |
| 0314 | 1,831 | 615 | 33.6 | 18.1 | 62 | 10.1 | 550 | 89.4 | 3 | 0.5 | 4 | 0.5 | 0 | 0.0 | 0 | 0.0 |
| 0329* | 1,197 | 375 | 31.3 | 18.9 | 115 | 30.9 | 245 | 65.9 | 8 | 2.2 | 0 | 1.1 | 0 | 0.0 | 0 | 0.0 |
| 0330 | 1,956 | 630 | 32.2 | 15.7 | 164 | 26.0 | 449 | 71.3 | 14 | 2.2 | 3 | 0.5 | 0 | 0.0 | 0 | 0.0 |
| 0331 | 1,935 | 786 | 40.6 | 7.0 | 111 | 14.1 | 671 | 85.4 | 4 | 0.5 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0333 | 1,054 | 472 | 44.8 | 13.4 | 143 | 30.3 | 320 | 67.8 | 8 | 1.7 | 3 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0334* | 1,346 | 480 | 35.7 | 6.8 | 30 | 6.3 | 444 | 92.5 | 3 | 0.6 | 1 | 0.6 | 0 | 0.0 | 0 | 0.0 |
| 0340 | 891 | 315 | 35.4 | 13.5 | 72 | 22.9 | 239 | 76.1 | 3 | 1.0 | 3 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0341 | 2,142 | 665 | 31.0 | 24.4 | 370 | 55.6 | 274 | 41.2 | 19 | 2.9 | 1 | 0.6 | 1 | 0.2 | 1 | 0.2 |
| 0345 | 1,476 | 365 | 24.7 | 15.2 | 34 | 9.4 | 322 | 89.4 | 4 | 1.1 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0343 | 2,007 | 489 | 24.4 | 31.8 | 147 | 30.1 | 331 | 67.7 | 2 | 1.8 | 2 | 0.4 | 0 | 0.0 | 0 | 0.0 |
| 0344 | 1,660 | 647 | 39.0 | 14.0 | 426 | 66.0 | 201 | 31.2 | 15 | 2.3 | 3 | 0.5 | 0 | 0.0 | 0 | 0.0 |
| 0335 | 1,301 | 490 | 37.7 | 15.0 | 199 | 40.7 | 281 | 57.5 | 8 | 1.6 | 1 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0336 | 2,686 | 1,159 | 43.1 | 2.0 | 20 | 1.7 | 1,133 | 97.9 | 1 | 0.1 | 3 | 0.3 | 0 | 0.0 | 0 | 0.0 |
| 0337 | 1,044 | 410 | 39.3 | 7.9 | 63 | 15.5 | 342 | 84.2 | 0 | 0.0 | 1 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0338 | 2,520 | 1,029 | 40.8 | 10.8 | 248 | 24.1 | 765 | 74.5 | 9 | 0.9 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0339* | 2,543 | 1,064 | 41.8 | 13.2 | 664 | 62.4 | 379 | 35.6 | 17 | 1.6 | 4 | 0.4 | 1 | 0.1 | 1 | 0.1 |
| 0347 | 1,988 | 607 | 30.5 | 19.6 | 164 | 27.0 | 436 | 71.8 | 6 | 1.0 | 4 | 0.4 | 1 | 0.1 | 1 | 0.1 |
| 0301 | 829 | 285 | 34.4 | 14.6 | 117 | 41.1 | 164 | 57.5 | 4 | 1.4 | 0 | 0.0 | 1 | 0.2 | 1 | 0.2 |
| 0302 | 2 | 1 | 50.0 | 0.0 | 0 | 0.0 | 1 | 100.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0369 | 104 | 23 | 22.1 | 35.6 | 8 | 34.8 | 15 | 65.2 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0389 | 1,998 | 962 | 48.1 | 8.4 | 527 | 54.8 | 415 | 43.1 | 19 | 2.0 | 1 | 0.1 | 0 | 0.0 | 0 | 0.0 |
| 0398 | 984 | 319 | 32.4 | 26.6 | 179 | 56.1 | 138 | 43.3 | 2 | 0.6 | 1 | 0.1 | 0 | 0.0 | 0 | 0.0 |
| 0452 | 2,167 | 1,204 | 55.6 | 5.4 | 880 | 73.1 | 313 | 26.0 | 9 | 0.7 | 1 | 0.1 | 1 | 0.1 | 1 | 0.1 |
| 0453 | 3,231 | 1,321 | 40.9 | 18.3 | 838 | 63.4 | 450 | 34.1 | 28 | 2.1 | 5 | 0.4 | 1 | 0.1 | 1 | 0.1 |
| 0454 | 3,541 | 1,541 | 43.5 | 12.9 | 971 | 63.0 | 542 | 35.2 | 22 | 1.4 | 5 | 0.3 | 1 | 0.1 | 1 | 0.1 |
| 0455 | 2,209 | 884 | 40.0 | 14.3 | 545 | 61.7 | 311 | 35.2 | 25 | 2.8 | 3 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0456 | 3,063 | 1,739 | 56.8 | 5.0 | 1,313 | 75.5 | 400 | 23.0 | 23 | 1.3 | 3 | 0.4 | 1 | 0.1 | 1 | 0.1 |
| 0457 | 2,073 | 1,034 | 49.9 | 9.6 | 776 | 75.0 | 236 | 22.8 | 17 | 1.6 | 4 | 0.4 | 2 | 0.2 | 2 | 0.2 |
| 0460 | 2,435 | 1,320 | 54.2 | 4.1 | 969 | 73.4 | 321 | 24.3 | 25 | 1.9 | 4 | 0.4 | 1 | 0.1 | 1 | 0.1 |
| 0461 | 1,526 | 826 | 54.1 | 6.9 | 653 | 79.1 | 158 | 19.1 | 6 | 0.7 | 5 | 0.7 | 0 | 0.0 | 0 | 0.0 |
| 0462 | 2,836 | 1,640 | 57.8 | 8.7 | 1,254 | 76.5 | 355 | 21.6 | 27 | 1.6 | 6 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0464 | 2,780 | 1,397 | 50.3 | 8.7 | 977 | 69.9 | 389 | 27.8 | 28 | 2.0 | 4 | 0.2 | 0 | 0.0 | 0 | 0.0 |
| 0466 | 2,748 | 1,234 | 44.9 | 7.3 | 808 | 65.5 | 393 | 31.8 | 25 | 2.0 | 8 | 0.6 | 0 | 0.0 | 0 | 0.0 |

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

| Precinct | Reg | | % | % | | % | | % | | % | | % | | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/3? | 2,003 | 1,297 | 45.0 | 6.0 | 907 | 69.9 | 359 | 27.7 | 25 | 1.9 | 6 | 0.5 | 0 | 0.0 |
| 0470 | 2,811 | 1,309 | 46.6 | 8.1 | 915 | 69.9 | 364 | 27.8 | 24 | 1.8 | 5 | 0.4 | 1 | 0.1 |
| 0471 | 1,322 | 692 | 52.3 | 13.4 | 437 | 63.2 | 244 | 35.3 | 10 | 1.4 | 1 | 0.1 | 0 | 0.0 |
| 0482 | 75 | 41 | 54.7 | 17.3 | 28 | 68.3 | 11 | 26.8 | 2 | 4.9 | 0 | 0.0 | 0 | 0.0 |
| 0483 | 1,895 | 982 | 51.8 | 9.2 | 719 | 73.2 | 237 | 24.1 | 23 | 2.3 | 1 | 0.1 | 2 | 0.2 |
| 0484 | 2,388 | 1,306 | 54.7 | 6.5 | 999 | 76.5 | 281 | 21.5 | 26 | 2.0 | 0 | 0.0 | 0 | 0.0 |
| 0485 | 2,677 | 1,545 | 57.7 | 5.9 | 1,197 | 77.5 | 334 | 21.6 | 12 | 0.8 | 2 | 0.1 | 0 | 0.0 |
| 0487 | 3,554 | 1,682 | 47.3 | 11.9 | 1,048 | 62.3 | 598 | 35.6 | 36 | 2.1 | 0 | 0.0 | 0 | 0.0 |
| 0488 | 2,406 | 1,019 | 42.4 | 13.8 | 680 | 66.7 | 323 | 31.7 | 15 | 1.5 | 1 | 0.1 | 0 | 0.0 |
| 0490 | 3,272 | 1,520 | 46.5 | 9.5 | 1,052 | 69.2 | 436 | 28.7 | 28 | 1.8 | 3 | 0.2 | 1 | 0.1 |
| 0491 | 2,453 | 1,238 | 50.5 | 7.1 | 841 | 67.9 | 371 | 30.0 | 20 | 1.6 | 5 | 0.4 | 1 | 0.1 |
| 0492 | 2,091 | 928 | 44.4 | 7.0 | 624 | 67.2 | 289 | 31.1 | 12 | 1.3 | 3 | 0.3 | 1 | 0.1 |
| 0493 | 1,798 | 938 | 52.2 | 9.0 | 661 | 70.5 | 258 | 27.5 | 15 | 1.6 | 4 | 0.4 | 0 | 0.0 |
| 0401 | 0 | 0 | 0.0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0402 | 2 | 3 | 150.0 | 0.0 | 2 | 66.7 | 1 | 33.3 | 0 | 0.0 | 0 | 0.0 | 0 | 0.0 |
| 0342 | 1,282 | 331 | 25.8 | 34.3 | 117 | 35.3 | 199 | 60.1 | 10 | 3.0 | 5 | 1.5 | 0 | 0.0 |

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

*Voter registration for consolidated precincts is not reflected on this report.

CNTY provides a county total when precinct-level returns are not available.

# Exhibit
# G



**Daily News Homes**
Your new home is looking for you!
Browse home listings for the
Houston/Galveston area.



**FREE Movie Tickets**
when you switch to
**EASY PAY**



## Redistricting could change political landscape

**By T.J. Aulds**
The Daily News

Published August 1, 2011

The political landscape is about to be redrawn, and Tuesday the proposed maps of the change will be made public. County commissioners are scheduled to review redistricting maps, which are expected to change the shape of the commissioners' and justices of the peace and constable precincts.

A firm hired in the spring by the county has been working on the redistricting process and is scheduled to present to commissioners three maps that will be the guides for reshaping the precincts.

Two of the maps are proposed changes to the county commissioners precincts, while the third is a change to the justices of the peace and constable precincts, County Judge Mark Henry said.

Once they are unveiled, commissioners will take public comments. The plan is to have a series of public hearings and workshops in each precinct to get voter input, Henry said.

While Henry hadn't seen the proposed maps, he said information from the firm hired to redraw the precincts indicated that county commissioner lines will for the most part stay as they are with few adjustments, Henry said. In particular, Precinct 4 — the largest precinct in the county — will lose some population to Precinct 1.

Henry said he asked those creating the maps to start with the existing precinct lines as a baseline and make adjustments from there.

"Those lines were good enough in 2001, so I am hoping they should be OK this time around," Henry said. "I am hoping (the firm) didn't start from scratch."

But, even the slightest adjustment involving Pct. 1 is likely to set off a political battle. Commissioner Patrick Doyle, a Democrat, is the Pct. 1 commissioner.

His seat is one of two seats on the court held by Democrats on the Republican controlled commissioners court.

Any shift of the Republican friendly north county precincts now in Precinct 4 to Doyle's precinct makes it more favorable for a Republican to win that seat in next year's election.

Precinct 3, held by Commissioner Stephen Holmes, is the one minority-majority precinct and is expected to remain Democrat friendly.

It's because of the likely shift that would change the political base of Precinct 1 that Galveston County Democratic Party Chairman Lloyd Criss has pledged to file a lawsuit over redistricting.

It wouldn't be the first time a political party filed a lawsuit over the redrawing of commissioner precincts. Republicans did the same in an unsuccessful legal claim 10 years ago.





**Sponsored Links**

**Rich Dad Poor Dad Dallas**
Stock Success FREE workshop. End your Financial
Crisis. Oct. 11th - 14th
www.richdadstocksuccess.com

**57 Year Old Mom Looks 28**
Mom Reveals $4 Wrinkle Therapy Angering Doctors!
We reveal how......
TheHigherLifestyle.com

**Banks Forced to Forgive Credit Card Debt**
See how much of your debt could be settled!
www.LowerMyBills.com

But what may set up an even bigger fight will be proposed changed to the justices of the peace and constable precincts. Galveston County has nine justices of the peace and eight constables.

The Precinct 8 justice of the peace district is divided in two with one constable.

Henry has pushed for reducing the number of precincts in the county, pointing to the lack of casework in many of the courts.

While not certain what the proposed maps will reveal, Henry said information from the county's firm indicates that the justice of the peace and constable precincts are proposed to be reduced to six or possibly five.

+++

WHAT: County Commissioners meeting

WHEN: 1 p.m. Tuesday

WHERE: Galveston County Courthouse, 722 Moody, in Galveston

---

Share | Save | Mail | Print | Letter | 3 Comments

Privacy | Reprints | Newspapers in Education | About The Daily News | Contact Us | Advertise



© 2011 The Galveston County Daily News. All rights reserved.

A Galveston Newspapers Inc. Publication.



★ GALVESTON COUNTY ★
# THE DAILY NEWS
Friday, September 23 | Texas' Oldest Newspaper: Since 1842

**Daily News Homes**
Your new home is looking for you!
Browse home listings for the
Houston/Galveston area.



Home | News | Sports | Opinion | Blogs | Lifestyle | Communities | Air | Services | Classifieds | Homes | Shopping | Help

Search | Advanced | Browse | Help

Register | Sign In | Subscribe | E-Edition





FREE Movie Tickets
when you switch to
EASY PAY

## Redistricting: How will commissioners vote?

**By T.J. Aulds**
The Daily News

Published August 29, 2011

Predictions abound as to how the votes will go Tuesday when county commissioners take up the issue of redistricting. But don't be surprised if none of the maps proposed by either the county's consultants or county commissioners gets a 3-2 vote.

The redistricting process has been more nuanced than critics and proponents of the proposed maps have expressed in public hearings. For County Judge Mark Henry, that was comments from Bolivar Peninsula residents who insist that the four unincorporated communities on the peninsula have more in common with residents on Galveston Island, and that any map should keep the island and Bolivar in the same precinct.

"I discounted anything that was partisan," Henry said of the five public hearings held. "We had folks coming up saying they were for map 1 or 2,but gave no reason."

Others contended maps 1 or 2 were unfair but for reasons that Henry said he didn't consider to meet the standards of the law for redistricting. That included comments from members of the Texas City-La Marque Chamber of Commerce and representatives from Texas City's industry base who urged Henry that any precinct maps should give a better chance for someone from Texas City to be elected to the court.

The county's legal consultants told the judge the changes could be made without having to draw up a new map and go through another public comment period since the changes he plans to propose are from the public comments, Henry said.

Clark Spent 10 Years On Process

Precinct 4 Commissioner Ken Clark, who has been the most involved in the process, said if he had drawn a map for consideration, it would have all of Galveston — including the West End — and the Bolivar Peninsula within one precinct that might have included Tiki Island and maybe parts of Hitchcock. That concept is similar to a map Clark drew up 10 years ago and suggested to the commissioners court during the last redistricting process.

"With the state and federal laws, that somewhat binds us on what we can and can't do," Clark said.

But it appears that Clark, who said he would support versions of the two maps drawn up by the county's consultants, did indeed draw up maps suggesting the new political boundaries. Those maps have not been made public.

Within hundreds of records obtained by The Daily News through an open records request, a June 16 email to County Judge Mark Henry's office from Joe Nixon, who works for the firm hired as the county's consultant, indicates Clark provided guide maps for the consultants to follow.

"Commissioner Clark has sent us several maps to review," Nixon wrote. "We are

Visit a Fidelity Investor
Center near you for
# free 1:1 guidance.

Find your local branch





COLLEGE FOOTBALL
ALL SEASON LONG

INDIANA vs NORTH TEXAS | SATURDAY, 6:00P.M. CT

ESPN3   STREAMING LIVE ON   WATCH

**Sponsored Links**

**Rich Dad Poor Dad Dallas**
Stock Success FREE workshop. End your Financial
Crisis. Oct. 11th - 14th
www.richdadstocksuccess.com

**57 Year Old Mom Looks 28**
Mom Reveals $4 Wrinkle Therapy Angering Doctors!
We reveal how......
TheHigherLifestyle.com

**Banks Forced to Forgive Credit Card Debt**
See how much of your debt could be settled!
www.LowerMyBills.com

in the process of doing a review of each of those maps. It's our intent to sit down with each commissioner in the next two weeks to hear from each of them how they would like the maps to look and to have choices then to begin narrowing down."

Clark wasn't shy in acknowledging his active role in meeting with the consultants and the county's redistricting process in general.

"I probably started working on this redistricting as soon as the last one ended," Clark said.

That's because the commissioner felt that the last process 10 years ago packed his precinct in an unfair manner, especially politically.

The commissioner said most of his work with the consultants was done verbally and few items were in writing. But the maps Nixon referenced were not included in the documents Clark's office turned over to The Daily News, despite the newspaper's request for all correspondence related to redistricting.

O'Brien Offers Mixed Messages

Where Precinct 2 Commissioner Kevin O'Brien stands depends on whether you read his column published in Thursday's edition of The Daily News or his comments to the newspaper after he had submitted the column.

In his column, O'Brien said he would support either maps 1 or 2 and discounted a map drawn up by Precinct 3 Commissioner Stephen Holmes, stating it "would repeat the injustice of 2001 by packing fast growing North County area into the largest precincts."

But on the day before his guest column was published, O'Brien said he was keeping an open mind and would review the issue further while on a county-related trip to Austin last week.

He insisted he had not made up his mind nor discounted any of the proposed maps even saying that he wouldn't make a decision until "the fat lady sings."

"I've got to go back to the one person, one vote (concept)," O'Brien said in his interview. "We are not going to make everyone happy, but I am trying to do the right thing."

That right thing, the commissioner said was to keep an open mind to all he heard and reviewed.

O'Brien said he was also keeping an open mind on the justices of the peace and constable maps, even though he proposed a map that would reduce the number of precincts to four. He said he drew that map because he had heard from voters who questioned why the court wasn't considering four precincts.

Henry said he supports the five-precinct map, while Clark didn't express support for any particular justice of the peace map.

+++

Editor's note: This is the first part of a two-part series on county commissioners' views on the redistricting process because the court votes Tuesday. Today, the Republican majority on the court expresses its views, while the Democrats will be featured in Tuesday's edition.

+++

WHAT: County Commissioners Court

WHEN: 1 p.m. Tuesday

WHERE: County Courthouse, 722 Moody in Galveston

ON AGENDA: Redistricting vote and county fiscal year budget

**Related Items**

• Poll: Which County Commissioner map do you support?
• Poll: Which JP/Constable map do you support?

- Commissioners approve precinct boundaries
- Two more redistricting map proposals offered
- Redistricting: What do Democrats say on issue?

Share | Save | Mail | Print | Letter | 3 Comments

Privacy | Reprints | Newspapers in Education | About The Daily News | Contact Us | Advertise



© 2011 The Galveston County Daily News. All rights reserved.

A Galveston Newspapers Inc. Publication.



★ GALVESTON COUNTY ★
# THE DAILY NEWS

Friday, September 23 | Texas' Oldest Newspaper: Since 1842

**Daily News Homes**
Your new home is looking for you!
Browse home listings for the
Houston/Galveston area.

Home   News   Sports   Opinion   Blogs   Lifestyle   Communities   AP   Services   Classifieds   Homes   Shopping   Help

Search | Advanced | Browse | Help

Register | Sign In | Subscribe | E-Edition

Witness the first Blessing of
the Fleet in 30 Years
Sunday Sept 25

WILD TEXAS
GALVESTON ISLAND SHRIMP FESTIVAL
SEPTEMBER 24-25, 2011

FREE Movie Tickets
when you switch to
EASY PAY

## Two more redistricting map proposals offered

**By T.J. Aulds**
The Daily News

Published August 30, 2011

On the eve of Galveston County Commissioners' vote on new precinct lines, two new maps were introduced.

The maps, one for county commissioners and the other for justices of the peace and constable precincts, adjusted lines based on a request from the county judge.

There is very little difference between what is now being called Map 1A and the original map the law firm Beirne, Maynard & Parsons drew up for justices of the peace and constable precincts that would reduce the number of justices of the peace from nine to five and constables from eight to five. The main parts of the county still are divided in four with Bolivar Peninsula still getting its own justice of the peace and constable.

The more significant change comes in how the county commissioner boundaries are drawn.

At County Judge Mark Henry's request, the firm revised the lines to ensure that the peninsula would remain in the same commissioner's precinct as Galveston.

Beirne, Maynard & Parsons attorney Trey Trainor, in an email to Henry and county commissioners, said the new 1A commissioners map is a combination of the first two maps his firm drew up for commissioners.

It would shift Galveston's east end and the peninsula out of Precinct 1 — currently held by Patrick Doyle — and shift those communities into Precinct 3, which is represented by Commissioner Stephen Holmes. The new precinct 3 also drifts a bit more north based on a rough map Henry provided to The Daily News on Monday afternoon.

With the late introduction of the maps, Holmes called for a delay in the vote on redistricting, which is scheduled for today.

Holmes reiterated his earlier call for the final vote on the maps to come Sept. 13, two days before a deadline set by the county's consultants to submit the approved maps to the U.S. Department of Justice for review.

"My original suggestion was to have a two week lag after the public hearings just so any adjustments made would have time for input," Holmes said. "We got two new maps and the public did not get a chance to make comment on (them)."

The commissioner has a county commissioner and constable map he proposed that are technically under consideration, although its expected his maps won't have enough votes to get commissioners court approval.

Don't count on any delay.

"After having been criticized for delays, I'm planning on passing one of the (the commissioner and justice of the peace/constable) maps," Henry said. "The new





**Sponsored Links**

**$9 Car Insurance Trick?**
I discovered the 1 car insurance trick your agent will NEVER tell you.
www.TruthAboutCarInsurance.com

**Botox Doctors Are Furious**
Mom Reveals Clever $4 Wrinkle Therapy That Makes BOTOX Doctors Furious
TheHigherLifestyle.com

**Rich Dad Poor Dad Dallas**
Stock Success FREE workshop. End your Financial Crisis. Oct. 11th - 14th
www.richdadstocksuccess.com

maps are result of public input. No need (for more input or hearings)."

+ + +

INFO

Polls say:

The Daily News conducted two online polls asking for readers votes on which of the redistricting maps they support. The polls were conducted before new maps were revealed Monday afternoon.

Poll No. 1

Which redistricting map for the county commissioner precincts do you support?

Commissioner Stephen Holmes' map 64.8%

County Consultant Map 2 16%

None of the Above 12%

County Consultant Map 1 7.2%

Poll No. 2

Which redistricting map for the JP/Constable precincts do you support?

Commissioner Stephen Holmes map (Keep 8 precincts) 66.7%

County consultant map (5 precincts) 18.5

Commissioner Kevin O'Brien's map 7.4%

None of the Above 7.4%

**Related Items**

- Original proposed redistricting maps
- Commissioners approve precinct boundaries
- Redistricting: What do Democrats say on issue?
- Galveston awaits redistricting decision
- Redistricting: How will commissioners vote?

Share | Save | Mail | Print | Letter | 2 Comments

**Downloads:**

**Newer Galveston County redistricting maps**
Credit: Galveston County Commissioners

Privacy | Reprints | Newspapers in Education | About the Daily News | Contact Us | Advertise



© 2011 The Galveston County Daily News. All rights reserved.

A Galveston Newspapers Inc. Publication.

# More meetings planned for maps

## GOVERNMENT: Peninsula residents not quite on board

By T.J. AULDS
The Daily News

The county has added a fifth public hearing to its list of public meetings on the proposed redistricting of county commissioners, justices of the peace and constables precincts.

The series of meetings start Monday in League City and will now include a session next week in Crystal Beach on the Bolivar Peninsula.

See MAPS/B4

---

## GALVESTON COUNTY, TEXAS

## MAPS

Continued from Page B1

The meeting will be at 6 p.m. Wednesday in the Justice of the Peace Precinct 6 courtroom at 946 Noble Carl Road in Crystal Beach. The first meeting will be at 7 p.m. Monday at the county's Calder Road Annex, 174 Calder Road, in League City.

A meeting at 6 p.m. Tuesday will be at the West County Annex, 11730 state Highway 6, in Santa Fe. There will be a meeting at 7 p.m. Aug. 22 at the Nessler Center, 2010 Fifth Ave. N., in Texas City, and at 7 p.m. Aug. 23, the hearing will be at the Galveston County Courthouse, 722 Moody, in Galveston.

Under the proposed justices of the peace redistricting plan, the Bolivar Peninsula will retain its own justice of the peace and constable.

Under two plans for the commissioners redistricting, the peninsula remains in Precinct 1; however, another one of the maps suggests moving the Bolivar communities of Port Bolivar, Crystal Beach, Gilchrist and High Island into Precinct 3.

Some residents on the peninsula have complained to county commissioners that a county commissioner who represents League City and other parts of the mainland would not focus enough on the peninsula's needs, which is the largest unincorporated

# County revises schedule on redistricting hearings

## GOVERNMENT: Public hearing for maps Friday, vote will be Aug. 30

**By T.J. AULDS**
The Daily News

A day after county commissioners approved a schedule of public hearings and vote on a redistricting plan for the county commissioner, justices of the peace and constable precincts, the schedule changed.

A public hearing scheduled for Friday in Santa Fe was moved to Tuesday, while the date of the final vote on the plan will be Aug. 30 instead of Sept. 6, County Judge Mark Henry said.

A conflict with state open meetings law requirements for post-

See MAPS/A7

### At a glance

**Revised county redistricting hearings schedule**

7 p.m. Monday
Calder Road Annex, 174 Calder Road in League City

6 p.m. Tuesday
West County Annex, 11730 state Highway 6, in Santa Fe

7 p.m. Aug. 22
Nessler Center, 2010 Fifth Ave. N., in Texas City

7 p.m. Aug. 23
Galveston County Courthouse, 722 Moody, in Galveston

**Final vote on redistricting maps**

1 p.m. Aug. 30
Galveston County Courthouse, 722 Moody in Galveston

- **FIND THE MAPS:** Maps are on display at the county courthouse and each of the county annex buildings. Free black and white copies of maps also are available. Color plot maps are available for $5 at the county engineer office, 722 Moody in Galveston. Maps also are available online at galvnews.com.
- **PUBLIC COMMENT:** Residents wanting to sound off on the proposed maps can do so through their county commissioners office, county judge's office or public comment boxes at the county annex buildings.

## MAPS

### Continued from Page A1

ing a public meeting 72 hours in advance forced the change in the meeting scheduled for the West County Building.

Henry said Commissioner Pat Doyle's request for the change in the day of the final vote prompted Henry to move the vote date to Aug. 30. Doyle will be out of the country Sept. 6.

County Commissioner Stephen Holmes, who had pressed for the final vote to be Sept. 13 to give the public more time to comment on the maps, was surprised by the judge's decision to move the meeting up.

"I assumed we would have done that as a stand-alone item on Sept. 8," Holmes said, noting Doyle's email indicated the commissioner would

be back on Sept. 7. "I wasn't under the impression moving it up would be an option. I do agree all the commissioners need to be there and cast their votes, but we could have called a special meeting a couple of days later."

The county commissioners are considering three maps for commissioners precincts and one map that significantly changes the justices of the peace and constables precincts.

Map No. 1 proposes changing Precinct 1, represented by Doyle, to include the eastern portion of League City, including South Shore Harbour as well as Clear Lake Shores and Kemah. In addition to shifting population from the county's most populated precinct to its least, it also turns that precinct into a Republican-favored precinct.

Doyle is a Democrat.

Holmes, who represents Precinct 3, proposed his own map that instead shifts the western portion of Precinct 4, represented by County Commissioner Ken Clark, into Precinct 2, represented by Kevin O'Brien. It also would remove some of Galveston's voting precincts from Precinct 2 and move them into Precinct 3.

Clark and O'Brien are Republicans.

The justices of the peace and constables map proposed reducing the number of precincts from eight to five and eliminating four elected justices of the peace and three elected constables.

**Mainland Editor T.J. Aulds can be reached at 409-683-5334 or tjaulds@galvnews.com.**

# Public hearings on redistricting set this week

**GOVERNMENT:**
Commissioners
will vote on
maps next week

By T.J. AULDS
The Daily News

There are two more
public hearings on the
county's redistricting
proposals for the county
commissioners, justices
of the peace and consta-
ble precincts before com-
missioners vote on the
final maps next week.

The fourth of five hear-
ings will be tonight at the

**At a glance**

**Redistricting meetings**
**WHEN:** 7 p.m. today
**WHERE:** Nessler Center
2010 Fifth Ave. N. in
Texas City

**WHEN:** 7 p.m. Tuesday
**WHERE:** County court-
house, 722 Moody in
Galveston

Nessler Center in Texas
City, while the final ses-
sion will be Tuesday at
the Galveston County
Courthouse in Galveston.
County commissioners
are scheduled to vote on

the final map Aug. 30.

There are three pro-
posed county commis-
sioner precinct maps.
Two were proposed by
the county's redistrict-
ing consultant, while the
third was drawn by Pre-
cinct 3 County Commis-
sioner Stephen Holmes.

There also are three
proposed justices of the
peace/constables maps.
One was drawn up by
the county consultants
and calls for the county
to drop four justice of the
peace and three county
constable precincts via
merging precincts.

The county has nine

justices of the peace in
eight precincts and eight
constable precincts.

A map drawn by Holm-
es keeps precincts as they
are while a map submit-
ted by Precinct 2 County
Commissioner Kevin
O'Brien proposes only
four justices of the peace
and constable precincts.

The maps will have to
be submitted to the U.S.
Department of Justice for
approval.

The plans must meet
the criteria of the federal
Voters Right laws.

**Mainland Editor T.J. Aulds
can be reached at 409-683-5334
or tjaulds@galvnews.com.**

# Proposed map cuts four JPs, three constables

GOVERNMENT: Redistricting proposals under review; details to be made available to public

**By T.J. AULDS**
The Daily News

The proposed redistricting map
county commissioners will review
day suggests the county have

only five justice of the peace and
constable precincts. If approved,
it would eliminate seven elected
offices — three constables and
four justices of the peace — from
county government while merg-

ing several precincts.

County commissioners will re-
view the proposed redistricting
maps today, including two maps
outlining possible changes to the
county commissioners precincts.

County Judge Mark Henry
showed rough versions of the
maps to The Daily News on Mon-
day. Detailed maps are expected

See REDISTRICTING/A7

# REDISTRICTING

Continued from Page A1

[illegible]

The proposed map [illegible] precincts 1, 2 and 3 [illegible] The proposed Precinct 2 would [illegible]

The proposed map [illegible]

Precinct 4 [illegible]

[illegible]

Map 2 [illegible]

The proposal also [illegible] Galveston into Precinct 3.

The plan proposes to [illegible] population from [illegible]

A [illegible] proposal [illegible]

## On the Web

**WHAT:** County commissioners meeting
**WHEN:** 1 p.m. today
**WHERE:** County courthouse, 722 Moody, Galveston

Proposal 2 would have Precinct 3 expand and include Galveston's East End and the Bolivar Peninsula, while Precinct 1 would shift more northward and include communities along state Highway 146 and more western League City.

Henry stressed that the maps are not set in stone and that a public review and comment process will take place before commissioners make a final vote.

He said today's commissioners court agenda that suggests a final vote was inaccurate and that he would make sure that any motion would not include a vote on the maps.

"I don't think we could do that legally, anyway," Henry said. "We are going to have public meetings in each commissioners' precinct and allow for plenty of public comment."

That eased concerns Precinct 3 Commissioner Stephen Holmes had about the agenda. The second Democrat on the court has been critical of the redistricting process.

"This is obviously a partisan process, but it should be a public process," Holmes said. "To be honest, it has not been as public a process as it could have been."

Holmes said he wished for a process that would have been better defined from the onset, including set [illegible] criteria for how the maps would be drawn, when and where public meetings would be held and how the public could provide feedback.

Doyle, who had been out of the country until Monday afternoon, also expressed frustration with the process, asserting it had not been as transparent as it should have been.

Henry said he isn't sure what more could have been done and said the process included any request Holmes or any other commissioner asked for.

The maps will be on display at the county courthouse starting at 9 a.m. today, Henry said.

**Managing Editor T.J. Aulds can be reached at 409-683-5234 or [illegible]galvnews.com.**

# County commissioner offers own redistricting map plan

GOVERNMENT

## Holmes says his plan stands better chance with Justice Dept.

By T.J. Aulds

See MAP/A2

## MAP

Continued from Page A1

## At a glance

WHAT: Galveston County Commissioners
WHEN: 1 p.m. today
WHERE: Courthouse, 722 Moody in Galveston
MAPS ONLINE: To review the proposed redistricting maps, including the one offered by Precinct 3 Commissioner Jim Holmes, go to the online version of this story at galvnews.com.

# Redistricting: What do Democrats say on issue?

GOVERNMENT: New maps added to mix; Dems say Justice Dept. won't approve any of them

*Editor's note: This is the second part of a two-part series on county commissioners' views on the redistricting process because the court rules it on. Today the Democrats' take maintains on the court expresses its ruling while the Republicans was featured in Monday's edition.*

**By T.J. AULDS**
The Daily News

Outside of County Commissioner Ken Clark, the most involved county commissioner during the redistricting process has been Stephen Holmes, the Democrat who represents Precinct 3. Holmes and Clark are the only commissioners on the court who were part of the last redistricting process.

Records obtained by The Daily News through an open

See **REDISTRICTING**/A3

# Two more redistricting map proposals make the scene

**GOVERNMENT:** and adjusted ... request from County judge

By J.J. HUGHES
The Daily News

## Hot Summer Steak Sale
Bikes...

# Crossed lines

## Judges oppose proposed redistricting plans







## PLANS

Continued from Page 2I

Proponents of the expanded services point to the savings they would make to fewer judges and staff.

County Judge Mark Henry did a cost analysis that predicts as much as a $1.17 million annual savings.

Cuts, including courtservices salaries and bigger Debt Kinney of League City, said many of their side hand in everten proceedings or small claims and would have less reason to court have an agreed order.

He said people needing to pay or dispute traffic citation, fines or to have their side hand in everten proceedings or small claims and would have less reason to court have an agreed order.

"You take evictions (cases) from Galveston Island — the people get either of ten times from the apartment complexes because they don't have a car," he said.

Henry shot back that any consolidation plan likely would include have-within the precinct so make access easier, Justice of the Peace Precinct 7 case.

Eventually, the peace precincts in fact.

Pope said he believes a court should be judged on how its serves other than caseload and money.

"I didn't get elected 16 years ago to make the county money," he said. "I got elected to bring a level playing field to the court... system... Judges are elected to uphold to serve justice."

### Lack of access

Precinct 1 Justice of the Peace Jim Schweitzer, a Democrat, said combining offices would create a burden on those who lack transportation.

"Whether you have an office here on the island or over in La Marque ... there really is no public transportation," Schweitzer said.

He said people needing to pay or dispute traffic citation, fines or to have their side hand in everten proceedings or small claims and would have less reason to court have an agreed order.

Attempts by the commissioners to trim just one precinct in 2001 met with strong opposition from both political parties and eventually a federal court judge reaffirmed the league City and Santa Fe-court's 2001 redistricting effort.

Pope declined to comment on the latest redistricting battle, while Precinct 3 Justice of the Peace Susan Harris could not be reached for comment.

Precinct 3 County Commissioner Stephen Holmes, who introduced his own map of justice of the peace and constable districts, said he would want to look at all the areas first.

"We don't want to draw lines that the (J.S.) Department of Justice will kick out," he said. "That's why we have to move slowly... remaining we need to slow with the proposed redistricting.

Managing Editor T.J. Aulds can be reached at 409-683-5334 or tjaulds@galvnews.com.

# Exhibit
# H

# THE GALVESTON COUNTY COMMISSIONERS COURT

## WILL CONDUCT PUBLIC HEARINGS ON THE

## 2011 REDISTRICTING PROCESS OF

## COUNTY COMMISSIONER AND JUSTICE OF THE PEACE PRECINCTS

## AS FOLLOWS:

| | | |
|---|---|---|
| MONDAY | AUGUST 15, 2011<br>7:00 p.m. | CALDER ROAD ANNEX<br>174 Calder Road<br>League City, Texas 77573 |
| TUESDAY | AUGUST 16, 2011<br>6:00 p.m. | WEST COUNTY ANNEX<br>11730 State Hwy. 6<br>Santa Fe, Texas 77510 |
| MONDAY | AUGUST 22, 2011<br>7:00 p.m. | NESSLER CENTER<br>2010 Fifth Avenue North<br>Texas City, Texas 77590 |
| TUESDAY | AUGUST 23, 2011<br>7:00 p.m. | GALVESTON COUNTY<br>COURTHOUSE<br>722 Moody<br>Galveston, Texas 77550 |

THE GALVESTON COUNTY COMMISSIONERS COURT

WILL CONDUCT PUBLIC HEARINGS ON THE

2011 REDISTRICTING PROCESS OF

COUNTY COMMISSIONER AND JUSTICE OF THE PEACE
PRECINCTS

AS FOLLOWS:

| WEDNESDAY | AUGUST 17, 2011<br>6:00 p.m. | CRYSTAL BEACH ANNEX<br>JP Court, Precinct 6<br>946 Noble Carl Road<br>Crystal Beach, Texas 77650 |

# GALVESTON COUNTY COMMISSIONERS COURT
## GALVESTON COUNTY COURTHOUSE
### 722 MOODY (FIRST FLOOR) - GALVESTON
### AUGUST 2, 2011 – 1:00 P.M.

*CONSENT AGENDA*: ALL ITEMS MARKED WITH A SINGLE ASTERISK (*) ARE PART OF THE CONSENT AGENDA AND REQUIRE NO DELIBERATION BY THE COMMISSIONERS COURT. ANY COMMISSIONERS' COURT MEMBER MAY REMOVE AN ITEM FROM THIS AGENDA TO BE CONSIDERED SEPARATELY. *APPEARANCES*: SHOULD ANYONE WISH TO ADDRESS THE COMMISSIONERS COURT ON A SPECIFIC ITEM, PLEASE ARRIVE PRIOR TO THE MEETING AND SIGN IN WITH THE COUNTY CLERK. COMMENTS ARE LIMITED TO 5 MINUTES.

### REGULARLY SCHEDULED MEETING –AGENDA- 1:00 P.M.

## Pledge of Allegiance and Invocation

*1. Submitted by County Auditor's Office:
   a. Approval of Accounts Payable checks dated 8/2/11.
   b. Orders for supplemental payroll period ending 7/20/11 Bi-weekly #15.
   c. District Clerk's Conversion Review as of March 14, 2011.

*2. Consideration of Resolution *Petitioning the Secretary of State for Galveston County's participation in the Countywide Polling Place Program* in November 2011, pursuant to §43.007 of the Texas Election Code submitted by County Clerk.

*3. Receive and file *Juror Donation Plan – Selection of Participants*, submitted by Justice Administration.

*4. Receive and File *Letter of Engagement from Null-Lairson, P.C.*.

*5. Receive and File *Galveston County Emergency Communication District FY 2010 Annual Audit and Report.*

*6. Receive and File *Galveston County Health District's Compliance Audit for the Jail Health Contract.*

*7. Consideration of *Road and Alley Abandonments - Old Algoa Townsite* submitted by Right of Way.

*8. Consideration of *Trade Agreement on Ginger Street, L'Hommedieu Survey* submitted by Right of Way.

*9. Consideration of *Resolution of Congratulations to the Galveston County 4-H State Beef Quiz Bowl Champions* submitted by Commissioner Ken Clark.

10. Consideration of request for waiver or refund of Tax Penalty and Interest of the following submitted by Assessor and Collector of Taxes:
   a. Account No.: 3204-0000-0607-000 Emerald Galveston Holdings, LLC
   b. Account No.: 3267-0000-0261-000 Harbour Classic Builders, LLC

c. Account No.: 4939-0000-0225-000 Maravilla Owners Association

11. Discuss and consider approval of a preliminary plan for County Commissioners, Justices of the Peace and the Constables Precinct Boundaries for the purpose of redistricting related to the 2010 Census submitted by County Judge.

12. Consideration of change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects submitted by the County Engineer.

13. Consideration of an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project submitted by the County Engineer.

14. Consideration of additional services authorization for Jacobs Engineering on the Mid-County Annex submitted by the County Architect.

15. Consideration of authorization for additional services on the design phase of the Senior Center by Jacobs Engineering and the termination of their contract upon completion of that phase submitted by the County Architect.

16. Consideration of permission to finish Senior Center project in house with Contract Services of Architect, Mike Steffey, submitted by the County Architect

17. Consider recommending awarding contracts on the following Bids submitted by the Purchasing Agent.

    a. **Bid #B111037**      **Hughes Road Reconstruction**
    b. **Bid #B111047**      **City of Bayou Vista, Ling Street Rehabilitation**

18. Consideration to cancel and authorize the Purchasing Agent to re-bid the following bid submitted by the Purchasing Agent.
    a. **Bid #B112024**      **Sale of Recyclable Products**

19. Consider recommending awarding a contract on the following RFP submitted by the Purchasing Agent.
    a. **RFP #B112019**      **Lockbox Services for Galveston County**

20. Consideration of Budget Amendments submitted by the Budget Officer.

| Fiscal Year | Amendment # | Description |
| --- | --- | --- |
| 2011 | 11-112-0802-A | Juvenile Justice – Budget request for three exemptions to the hiring freeze – Juvenile Justice |

|  |  | Officers – Positions #2561180044, #2561190023 and #2561190034. |
|------|--------------|---|
| 2011 | 11-113-0802-B | **Unlimited Tax Road Bonds, Series 2009A** – Request to budget Change Order No. 1 – R.W. Lucas – transfer funds from Caroline to roads – Precinct #1. |
| 2011 | 11-114-0802-C | **Constable Precinct #7** – Budget request for an exemption to the hiring freeze – Deputy Constable – Position - #2237000002. |

21. Consideration of Appointment of a Deputy as submitted by Constable, Precinct Number 7.

22. Consideration of authorizing the County Judge to execute Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies submitted by the Emergency Management Coordinator.

23. Consideration of Hurricane Ike items:

    a. Consideration of authorizing execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program submitted by the Emergency Management Coordinator.

    b. Update on Housing Program submitted by Director of Housing.


**WORKSHOP WILL BEGIN IMMEDIATELY AFTER COMMISSIONERS COURT ADJOURNS**

**WORKSHOP AGENDA**

1. Discuss Bond Refinance presented by Louis E. Pauls and associates.

# Exhibit
# I

# MINUTES

BE IT REMEMBERED, That on this 2nd day of August, 2011, Commissioners Court of Galveston County, Texas, met at a regular meeting with the following present:

| | |
|---|---|
| MARK HENRY | COUNTY JUDGE |
| PATRICK F. DOYLE | COMMISSIONER PRECINCT 1 |
| KEVID D. O'BRIEN | COMMISSIONER PRECINCT 2 |
| STEPHEN D. HOLMES | COMMISSIONER PRECINCT 3 |
| KENNETH D. CLARK | COMMISSIONER PRECINCT 4 |
| DWIGHT D. SULLIVAN | COUNTY CLERK |
| By Brandy Chapman, Chief Deputy | |

Attendees Present: County Auditor Cliff Billingsley; Attorney for the Court Harvey Bazaman.

## CALL TO ORDER

Call to Order by Judge Henry at 1:03 P.M. at the Galveston County Courthouse.

## PLEDGE OF ALLEGIANCE

Commissioner Doyle led the Court in the Pledge of Allegiance.

## INVOCATION

The Invocation was given by Commissioner Holmes.

## CONSENT AGENDA IEMS 1-9

*1. Submitted by County Auditor's Office:
   a. Approval of Accounts Payable checks dated 8/2/11.
   b. Orders for supplemental payroll period ending 7/20/11 Bi-weekly #15.
   c. District Clerk's Conversion Review as of March 14, 2011.

*2. Consideration of Resolution *Petitioning the Secretary of State for Galveston County's participation in the Countywide Polling Place Program* in November 2011, pursuant to §43.007 of the Texas Election Code submitted by County Clerk.

*3. Receive and file Juror Donation Plan – *Selection of Participants*, submitted by Justice Administration.

*4. Receive and File *Letter of Engagement from Null-Lairson, P.C.*

*5. Receive and File *Galveston County Emergency Communication District FY 2010 Annual Audit and Report.*

*6. Receive and File *Galveston County Health District's Compliance Audit for the Jail Health Contract.*

> Motion by County Judge Henry, seconded by Commissioner O'Brien

> Duly put and unanimously carried (5-0), it is ordered to approve consent agenda item 6.

> | | |
> |---|---|
> | Judge Henry | Yes |
> | Commissioner Doyle | Yes |
> | Commissioner O'Brien | Yes |
> | Commissioner Holmes | Yes |
> | Commissioner Clark | Yes |

*7. Consideration of *Road and Alley Abandonments – Old Algoa Townsite* submitted by Right of Way.

*8. Consideration of *Trade Agreement on Ginger Street, L'Hommedieu Survey* submitted by Right of Way.

*9. Consideration of *Resolution of Congratulations to the Galveston County 4-H State Beef Quiz Bowl Champions* submitted by Commissioner Ken Clark.

> Motion by County Judge Henry, seconded by Commissioner O'Brien

> Duly put and unanimously carried (5-0), it is ordered to approve consent agenda items 1-2, 4, 5, 7-9. Agenda item 3 pulled. Agenda item 6 voted separately.

> | | |
> |---|---|
> | Judge Henry | Yes |
> | Commissioner Doyle | Yes |
> | Commissioner O'Brien | Yes |
> | Commissioner Holmes | Yes |
> | Commissioner Clark | Yes |

10. Consideration of request for waiver of refund of Tax Penalty and Interest of the following submitted by Assessor and Collector of Taxes:

a. Account No.: 3204-0000-0607-000 Emerald Galveston Holdings, LLC

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and carried (4-1), it is ordered to approve request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion to reconsider by Commissioner Holmes, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to reconsider request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion by County Judge Henry, seconded by Commissioner Holmes

Duly put and unanimously carried (5-0), it is ordered to deny request by Emerald Galveston Holdings, LLC to waive/refund penalty, interest, and attorney fees for Account No. 3204-0000-0607-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

b. Account No.: 3267-0000-0261-000 Harbour Classic Builders, LLC

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Harbour Classic Builders, LLC to refund penalty and interest for Account No. 3267-0000-0261-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

c. Account No.: 4939-0000-0225-000 Maravilla Owners Association

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve request by Maravilla Owners Association to waive penalty and interest for Account No. 4939-0000-0225-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

11. Discuss ~~and consider approval of a~~ preliminary plan for County Commissioners, Justices of the Peace and the Constables Precinct Boundaries for the purpose of redistricting related to the 2010 Census submitted by County Judge.

No action taken.

12. Consideration of change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects submitted by the County Engineer.

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve change order no. 1 to the R.W. Lucas Construction, LLC contract for the Galveston County Road Extensions for Various Roads in the Bacliff and San Leon projects.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

13. Consideration of an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project submitted by the County Engineer.

Motion by Commissioner Holmes, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve an agreement with Union Pacific Railroad Company to fund modifications to the rail crossing for the Deats Road project.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

14. Consideration of additional services authorization for Jacobs Engineering on the Mid-County Annex submitted by the County Architect.

Motion by Commissioner Holmes, seconded by Commissioner Doyle

Duly put and unanimously carried (5-0), it is ordered to approve additional services authorization for Jacobs Engineering on the Mid-County Annex.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

15. Consideration of authorization for additional services on the design phase of the Senior Center by Jacobs Engineering and the termination of their contract upon completion of that phase submitted by the County Architect.

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and unanimously carried (5-0), it is ordered to defer item 15.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

16. Consideration of permission to finish Senior Center project in house with Contract Services of Architect, Mike Steffey, submitted by the County Architect.

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and unanimously carried (5-0), it is ordered to defer item 16.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

17. Consider recommending awarding contracts on the following Bids submitted by the Purchasing Agent.

**a. Bid #B111037    Hughes Road Reconstruction**

Motion by Commissioner Holmes, seconded by Commissioner Doyle

Duly put and unanimously carried (5-0), it is ordered to approve the award of contract for Bid #B111037 for Hughes Road Reconstruction to R. W. Lucas Construction, LLC, as recommended.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

**b. Bid #B111047**       **City of Bayou Vista, Ling Street Rehabilitation**

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve award of contract for Bid #B111047 for City of Bayou Vista, Ling Street Rehabilitation to Mullen Asphalt Paving Company, Inc., as recommended.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

18. Consideration to cancel and authorize the Purchasing Agent to re-bid the following bid submitted by the Purchasing Agent.
     **a. Bid #B112024**       **Sale of Recyclable Products**

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to cancel Bid #B112024 for Sale of Recyclable Products and the Purchasing Agent is authorized to re-bid.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

19. Consider recommending awarding a contract on the following RFP submitted by the Purchasing Agent.
     **a. RFP #B112019**       **Lockbox Services for Galveston County of Galveston**

Motion by County Judge Henry to defer item 19a.

20. Consideration of Budget Amendments submitted by the Budget Officer.

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-112-0802-A | **Juvenile Justice** – Budget request for three exemptions to the hiring freeze – Juvenile Justice Officers – Positions #2561180044, #2561190023 and #2561190034. |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Juvenile Justice for three Exemptions to the hiring freeze for Juvenile Justice Officers, Positions #2561180044, #2561190023 and #2561190034.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-113-0802-B | Unlimited Tax Road Bonds, Series 2009A – Request to budget Change Order No. 1 – R.W. Lucas – transfer funds from Caroline to roads – Precinct #1. |

Motion by Commissioner Holmes, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Unlimited Tax Road Bonds, Series 2009A to budget Change Order No. 1 for R.W. Lucas to transfer funds from Caroline to roads in Precinct #1.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

| | | |
|---|---|---|
| 2011 | 11-114-0802-C | Constable Precinct #7 – Budget request for an exemption to the hiring freeze – Deputy Constable – Position - #2237000002. |

Motion by Commissioner Doyle, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Constable Precinct #7 for an exemption to the hiring freeze for Deputy Constable, Position #2237000002.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

21. Consideration of Appointment of a Deputy as submitted by Constable, Precinct Number 7.

Motion by County Judge Henry to defer item 21.

22. Consideration of authorizing the County Judge to execute Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies submitted by the Emergency Management Coordinator.

Motion by Commissioner O'Brien, seconded by County Judge Henry

Duly put and unanimously carried (5-0), it is ordered to authorize the County Judge to execute a Memorandum of Understanding with the U.S. Coast Guard regarding augmentation of the Galveston County Emergency Operations Center during emergencies.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

23. Consideration of Hurricane Ike items:

    a. Consideration of authorizing execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program submitted by the Emergency Management Coordinator.

    Motion by County Judge Henry, seconded by Commissioner O'Brien

    Duly put and carried (4-0-1), it is ordered to authorize execution of Amended Contracts for Sale under the Hazard Mitigation Grant Program.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Abstain |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

    b. Update on Housing Program submitted by Director of Housing.

    No action taken.

Commissioners Court adjourned at 2:35 p.m. on Tuesday, August 2, 2011.

## WORKSHOP WILL BEGIN IMMEDIATELY AFTER COMMISSIONERS COURT ADJOURNS

## WORSHOP AGENDA

1. Discuss Bond Refinance presented by Louis E. Pauls and associates.

SPEAK

MEETING DATE  8/15/11

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| Jim Woltz | Jim Woltz |
| Trish Blanks | TRISH HANKS |
| Bill C. Pmf | BILL PROVENZANO |
| | Dyana Babich |
| | Gerhard Meinecke |
| H. Brown | Harold Brown |
| Rusty Cates | |
| | Rusty Cates |
| Tommy Frankovich | Tommy Frankovich |
| Barbara | Barbara Meeks |
| Neil Baron | Neil BARON |
| | Louis Decker |

(11)

_Speaking_

MEETING DATE  8/16/11

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| _(signature)_ | Gerhard Meinecke |
| _(signature)_ | Lorris Deckard |
| _(signature)_ | Rusty Cates |
| | Mike Burkhart . |
| | JP5- Darrell Apffel |
| | Derrick Rose, Constable Pct 3 |
| | Don Cherry, Constable Pct 1 |
| | Johnny Hollowell |
| | Jimmy Fullen, Constable Pct 4 |
| | David Floyd . |
| | Louis Deaker . |
| | JP4-Mike Nelson |
| | Terry Petteway, Constable Pct 2 |
| | Neil Baron . |

13

*Speaking*

MEETING DATE __8/17/11__

| SIGNATURE | PRINTED NAME |
|---|---|
| Cynthia Srader | |
| Anne Willis | |
| Judge Jim Vondra | |
| Paula Diserelle | Margo Johnson |
| Phill | Jacqueline Cook |
| Jim Vondra | |
| Larry Flanagan | |
| Sidney Bouse | |
| Donald Mallet | |
| Chris Pierce | |
| George Strong | |
| Stan Schubert | |
| Karen Schubert | |
| Ginny Srader | |
| Lori Lykos | |
| Michael Lykos | |
| Paula Passarelli | |
| Rob Heiss | Deanna ? |
| Charlote Vibe | Edwin Smith |
| Bud Atwood | Randy Rapp |
| Bruce Faggard | Ivan McDonald |
| Nancy Bouse | Brad Vratis |
| | Constable Comeaux |

28

# Speaking

MEETING DATE 9/22/11

| SIGNATURE | PRINTED NAME |
|---|---|
| *Janis Lowe* | Janis Lowe |
| *Barbara* | Barbara Meeks |
| *Sarah Von Dran* | SARAH VON DRAU |
| *Chris Kin* | Chris Kinard |
| *Malinda Garcia* | Malinda Garcia |
| *Alex Garcia* | Alex Garcia |
| *Barbara White* | Barbara White |
| *Tinchrt* | Henne-Tochosst |
| *Rogers* | Kathy Rogers |
| *Phil Roberts* | Phil Roberts |
| *Gerhard* | Gerhard Meiserk |
| *Paula Smith* | PAULA Smith |
| *MSm* | Mike Smith |
| *Jeannie* | Jeannie Kranz |
| *Bruce Woodcock* | BRUCE WOODCOCK |
| *Monica Millican* | MONICA Millican |
| ~~Barbara Meeks~~ | ~~BARBARA Meeks~~ |
| *Todd* | TODD KINSEY |

MEETING DATE  8/22/11

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| *Doreen Hughes* | DOREEN HUGHES |
| *Susan Myers* | Susan Myers |
| *Richard Batie* | Richard Batie |
| *Darrell Apffel* | DARRELL A. APFFEL |
| Shawn Baty | Shawn Baty |
| Jack CROSS | JACK CRUSS |
| K.C. Broyles | Kenneth C Broyles |
| Carlos Garza | Carlos Garza |
| *Matt Doyle* | MATT DOYLE |
| *Chuck Doyle* | Chuck F. Doyle |
| *Heidi Thiess* | Heidi Thiess |
| Dee Ann Honey | Dee Ann Honey |
| Larry Schumacher | LARRY SCHUMACHER |
| Bob Senter | BOB SENTER |
| Jenny Senter | JENNY SENTER |
| Geri Bentley | GERI BENTLEY |
| Carole Alexander | Carole Alexander |
| Carol K Dean | Carol Dean |

MEETING DATE    8/22/11

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| *Patricia V Grady* | Patricia V. Grady |
| *(signature)* | Brenda Gutierrez |
| *Roxann Lewis* | Roxann Lewis |
| *(signature)* | JOEL J. CALDWELL |
| *(signature)* | DAN KRIEGER |
| *(signature)* | Rusty Cates |
| *(signature)* | ~~Rand~~ Ryan Dennard |
| *Diane Y Merchant* | Diane Y. Merchant |
| *Geraldine Sam* | Geraldine Sam |
| *Lupe Canto* | Lupe Canto |
| *Stanley Brown* | STANLEY E BROWN |
| *James Hogood* | JAMES HOBGOOD |
| *Dedrick Johnson* | Dedrick D. Johnson |
| *Robert Hutchins* | Robert Hutchins |
| DE DRICK JOHNSON | |
| *Becky Little* | BECKY LITTLE |
| *Chris Stevens* | Chris Stevens |
| *Leon Phillips* | Leon Phillips |

# Speaking

MEETING DATE **8/23/11**

| SIGNATURE | PRINTED NAME |
|---|---|
| Carol Dean | Carol Dean |
| Casey Farris | Casey Farris |
| Henry Gomez | Henry Gomez |
| Sandra Tetley | SANDRA TETLEY |
| Alison Putman | Alison Putman |
| Barbara Meeks | BARBARA MEEKS |
| Richard Batie | Richard Batie |
| Karen Lewis | Karen Lewis |
| Mike Smith | Mike Smith |
| G. Steinecke, KO | G. Steinecke, KO |
| Paula Smith | Paula Smith |
| Carolyn Sunseri | Carolyn Sunseri |
| Joe Compian | JOE COMPIAN |
| James Hogwood | JAMES HOGWOOD |
| LINDA Burton | Linda Burton |
| Ron Dailey | R.M. Dailey |
| Lloyd Criss | Lloyd Criss |
| Penny L Pope | Penny L. Pope |

MEETING DATE  8/23/11

| SIGNATURE | PRINTED NAME |
|---|---|
| Malinda Garcia | Malinda Garcia |
| Harold Thomas | Harold Thomas |
| Barbara Roberts | BARBARA ROBERTS |
| J D Roberts | J. D. ROBERTS |
| Robert Hutchins | Robert Hutchins |
| Louis Wayne Blank | Louis WAYNE BLANK |
| Don Cherry | Don Cherry |
| Brenda Gutierrez | Brenda Gutierrez |
| Ryan Dennard | Ryan Dennard |
| Rusty Cates | Rusty Cates |
| MARDEY CASEY | Mardel Casey |
| Chris Peden | CHRIS PEDEN |
| Shawn C Phillips | Shawn C. Phillips |
| Andrea P Sunseri | Andrea P. Sunseri |
| Mary Helen Stone | Mary Helen Stone |
|  | JOEL J. CALDWELL |
| Ora S. Fields | ORA S. FIELDS |



MEETING DATE 8/23/11

| SIGNATURE | PRINTED NAME |
|-----------|--------------|
| *Jean Sargent* | JEAN SARGENT ✓ ✓ |
| *Anna Leigh Sargent* | ANNA LEIGH SARGENT ✓ ✓ |
| *Mary Jean Sargent* | MARY JEAN SARGENT ✓ ✓ |
| *Robert C. Hoskey* | Robert E. Hoskins ✓ ✓ |
| *Terry Ritter* | Terry Ritter ✓ ✓ |

MEETING DATE __8/23/11__

SIGNATURE                              PRINTED NAME

Rev. James Daniels

Chris Stevens

Joseph Joe Jaworski,

John Gay

Leon Phillips II.

BE IT REMEMBERED, That on this 30th day of August, 2011, Commissioners Court of Galveston County, Texas, met at a regular meeting with the following present:

| | |
|---|---|
| MARK HENRY | COUNTY JUDGE |
| PATRICK F. DOYLE | COMMISSIONER PRECINCT 1 |
| KEVID D. O'BRIEN | COMMISSIONER PRECINCT 2 |
| STEPHEN D. HOLMES | COMMISSIONER PRECINCT 3 |
| KENNETH D. CLARK | COMMISSIONER PRECINCT 4 |
| DWIGHT D. SULLIVAN | COUNTY CLERK |

Attendees Present: County Auditor Cliff Billingsley; Attorney for the Court Harvey Bazaman.

## CALL TO ORDER

Call to Order by Judge Henry at 1:02 P.M. at the Galveston County Courthouse.

## PLEDGE OF ALLEGIANCE

Commissioner O'Brien led the Court in the Pledge of Allegiance.

## INVOCATION

The Invocation was given by Commissioner Holmes.

## CONSENT AGENDA ITEMS 1-13

*1. Submitted by County Auditor's Office:
    a. Approval of Accounts Payable checks dated 8/30/11.
    b. Orders for payroll period ending 8/17/11 Bi-weekly #17.
    c. GASB 54 fund balance policy.

*2. Approval of Summary of *Bi-Weekly Personnel Movements* processed during pay period 17; August 4 thru August 17, 2011 as submitted by Human Resources.

*3. Consideration of authorizing the *County Judge to sign a Resale Deed on a Tax Foreclosed Property* submitted by Right of Way.

*4. Receive and file *TCEQ Scrap Tire Facility Registration packet.*

*5. Receive and file *Notice of Change in Contract Administration for the Community Development Block Grant Disaster Recovery Program* submitted by the Grants Manager.

*6. Receive and file *Notice of Recovery for Damages to County Vehicle* in the amount of $1,428.80 submitted by County Legal.

*7. Receive and file *Notice of Payment Receipt and Approval of Release of Lien*; 964 Clara, Crystal Beach, Texas submitted by County Legal.

*8. Consideration of *Approval of Proposed Settlement of Property Damage Claim* made by Larry Kraft submitted by County Legal.

*9. Consideration of *Adoption of Annually Determined Contribution Rate for TCDRS at its Current Rate for Calendar Year 2012* submitted by County Legal.

*10. *Consideration of Authorization for the Department of Social Services to make Reimbursement to the Accounts of Certain Wards in the County Guardianship Program* in accordance with the requirements of the Social Security Administration submitted by the County Legal.

*11. Consideration of extension of the existing lease for record storage with Ross Novelli, Jr. for a period of one year beginning 8/15/2011 through 8/14/2012 submitted by County Legal.

*12. Consideration of assessment of improper wages and penalties under Texas Gov't Ch. 2258 submitted by Wage Compliance Officer.

     a. AV Adek – Galveston County Animal Shelter
     b. Total Cabinets – Galveston County Animal Shelter

*13. Consideration and Consent of *Refunds in Excess of $2,500* submitted by Assessor and Collector of Taxes:

| Account Number | Amount | Reason |
|---|---|---|
| 1505-0000-0009-000 | $ 6,041.62 | Overpayment |
| 3015-0042-0000-005 | $ 4,783.34 | Overpayment |
| 5287-0000-0426-000 | $ 2,863.09 | Overpayment |
| 5742-0000-0001-000 | $ 4,845.69 | Overpayment |
| 4918-0002-0020-000 | $ 3,000.00 | Overpayment |
| 5305-0001-0002-000 | $ 3,386.71 | Overpayment |
| 1435-0000-0001-000 | $ 4,734.00 | Overpayment |
| 2445-0001-0015-000 | $ 4,877.24 | Overpayment |
| 2845-0002-0006-000 | $ 3,972.12 | Overpayment |
| 6391-0000-0028-000 | $ 7,967.26 | Overpayment |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve consent agenda items 1-13.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

14. Consideration of request for waiver or refund of penalty and interest of the following accounts submitted by Assessor and Collector of Taxes:

| | |
|---|---|
| a. Account No.: 6240-0110-0015-000  (2010) | Karen Mendez |
| b. Account No.: 6240-0110-0015-000  (2009) | Karen Mendez |
| c. Account No.: 6240-0110-0015-000  (2008) | Karen Mendez |
| d. Account No.: 6240-0110-0015-000  (2007) | Karen Mendez |
| e. Account No.: 6240-0110-0015-000  (2006) | Karen Mendez |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Karen Mendez to refund penalty and interest for Account No. 6240-0110-0015-000.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

| | |
|---|---|
| f. Account No.: 4483-0002-0020-000 | C. Wrenn Downey |
| g. Account No.: 7206-0000-0289-011 | C. Wrenn Downey |
| h. Account No.: 7206-0000-0289-012 | C. Wrenn Downey |
| i. Account No.: 6868-0002-0064-000 | C. Wrenn Downey |
| j. Account No.: 2775-0010-2213-001 | C. Wrenn Downey |
| k. Account No.: 8600-0404-8533-001 | C. Wrenn Downey |
| l. Account No.: 8600-0441-8739-000 | C. Wrenn Downey |
| m. Account No.: 3405-0000-0012-001 | C. Wrenn Downey |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by C. Wrenn Downey to refund penalty and interest for the above account numbers.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

| | |
|---|---|
| n. Account No.: 4880-0003-0009-000  (2006) | Scanlon 1998 Family Trust |
| o. Account No.: 4880-0003-0009-000  (2007) | Scanlon 1998 Family Trust |

Motion by County Judge Henry to defer item 14n and 14o.

| | |
|---|---|
| p. Account No.: 6391-0000-0091-001 | Thomas C. Collins |

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Thomas C. Collins to waive penalty and interest for Account No. 6391-0000-0091-001.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

q. Account No.: 5911-0003-0018-000 (2010)    Dang Peter & Phuc Nguyen
r. Account No.: 5911-0003-0018-000 (2009)    Dang Peter & Phuc Nguyen

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to deny request by Dang Peter and Phuc Nguyen to waive penalty and interest for Account No. 5911-0003-0018-000.

| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

15. Consideration of Budget Amendment as submitted by the Budget Officer:

| Fiscal Year | Amendment # | Description |
|---|---|---|
| 2011 | 11-129-0830-B | **Juvenile Justice** – Budget request for one exemption to the hiring freeze and an exemption to the four pay period vacancy requirement– Juvenile Justice Officer – 2561190040. |

Motion by Commissioner Holmes, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to approve the Budget Amendment for Juvenile Justice for one exemption to the hiring freeze and an exemption to the four pay period vacancy requirement for Juvenile Justice Officer, 2561190040.

| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion by Commissioner Holmes, seconded by Commissioner Doyle to take items 23-26 out of order.

Duly put and unanimously carried (5-0), it is ordered to move to item 23.

| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

**16. Public Hearing on Proposed FY 2012 County Budget.**

> Public Hearing was opened at 2:26 P.M.
> Public hearing held.
> No public comments.
> Public Hearing was closed at 2:26 P.M.
> **No Action Taken.**

17. Adoption of the FY 2012 County Budget and establishment of budget reserves submitted by the Budget Officer.

> Motion by County Judge Henry, seconded by Commissioner O'Brien to adopt the budget.
>
> Amended motion by Commissioner Doyle, seconded by Commissioner Holmes to amend budget to reduce the tax rate, which can be confirmed by the Budget Officer, by 4 1/2¢ that will deplete the indigent health care fund and bring us back to a revenue generated to expenses generated, as we have been in the past and should be, and let those funds go back to the taxpayers as we promised two years ago.
>
> Amended motion failed (2-3) to amend budget to reduce the tax rate, which can be confirmed by the Budget Officer, by 4 1/2¢ that will deplete the indigent health care fund and bring us back to a revenue generated to expenses generated, as we have been in the past and should be, and let those funds go back to the taxpayers as we promised two years ago.

> | | |
> |---|---|
> | Judge Henry | No |
> | Commissioner Doyle | Yes |
> | Commissioner O'Brien | No |
> | Commissioner Holmes | Yes |
> | Commissioner Clark | No |

> Amended motion by Commissioner Doyle, seconded by Commissioner Holmes to amend budget to cut all auto allowances for the Commissioners and cut all elected official's salaries by 5%.
>
> Amended motion failed (2-3) to amend budget to cut all auto allowances for Commissioners and cut all elected official's salaries by 5%.

> | | |
> |---|---|
> | Judge Henry | No |
> | Commissioner Doyle | Yes |
> | Commissioner O'Brien | No |
> | Commissioner Holmes | Yes |
> | Commissioner Clark | No |

Amended motion by Commissioner Doyle, seconded by Commissioner Holmes to amend budget to cut all auto allowances for Commissioners and 5% pay cut to all County Commissioners and County Judge.

Duly put and carried (4-1), it is ordered to amend budget to cut all auto allowances for Commissioners and 5% pay cut to all County Commissioners and County Judge.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion by County Judge Henry, seconded by Commissioner O'Brien to approve budget as amended.

Motion failed (2-3), to approve the budget with amendments.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | No |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

Motion by Commissioner Clark, seconded by Commissioner O'Brien to reconsider the previous motion to approve budget as presented.

Duly put and unanimously carried (5-0), it is ordered to reconsider the previous motion to approve budget as presented.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

Motion by Commissioner Doyle to approve the budget with sole amendment for a 5% pay cut for County Judge and Commissioners and cut all auto allowances for Commissioners and County Judge.

Motion withdrawn by Commissioner Doyle.

Motion by Commissioner Clark, seconded by Commissioner Doyle to approve budget with an across the board salary cut of 5% for all elected officials with the 5% for District Judges coming from the county portion of their salary and eliminate all Commissioners and County Judge's auto allowance.

Amendment to motion by Commissioner Clark, seconded by Commissioner O'Brien to cut positions 2 and 3 from the Road and Bridge Department.

Duly put and carried (3-2), it is ordered to approve amendment to motion to cut positions 2 and 3 from the Road and Bridge Department.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

Motion by Commissioner Clark, seconded by Commissioner Doyle to approve budget with an across the board salary cut of 5% for all elected officials with the 5% for District Judges coming from the county portion of their salary and eliminate all Commissioners and County Judge's auto allowance and cut positions 2 and 3 from the Road and Bridge Department.

Motion failed (0-5) to approve budget with an across the board salary cut of 5% for all elected officials with the 5% for District Judges coming from the county portion of their salary and eliminate all Commissioners and County Judge's auto allowance and cut positions 2 and 3 from the Road and Bridge Department.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | No |
| Commissioner O'Brien | No |
| Commissioner Holmes | No |
| Commissioner Clark | No |

Motion by Commissioner Doyle, seconded by Commissioner Holmes

Motion failed (2-3) to amend the budget for a one-time 3¢ tax rate reduction.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

Motion by County Judge Henry, seconded by Commissioner O'Brien to approve budget as presented.

Amended motion by Commissioner Doyle, seconded by County Judge Henry for a 5% pay reduction of County Judge and Commissioners salaries and cut County Judge and Commissioners auto allowances.

Duly put and unanimously carried (5-0), it is ordered to approve the budget with amendment for a 5% reduction of County Judge and Commissioners salaries and cut County Judge and Commissioners auto allowances.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

## 18. Public Hearing on the County Clerk's Proposed Records Archive Fee Established Under §118.025 and §118.011(f) of the Texas Local Government Code.

Public Hearing was opened.
Public hearing held.
No public comments.
Public Hearing was closed.
**No Action Taken.**

19. Consideration of Adoption of the County Clerk's proposed Records Archive Fee Established Under §118.025 and §118.011(f) of the Texas Local Government Code.

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to adopt the County Clerk's proposed Records Archive Fee Established Under §118.025 and §118.011(f) of the Texas Local Government Code.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

**20. Public Hearing on the District Clerk's Proposed Records Archive Fee Established Under §51.305 of the Texas Government Code.**

Public Hearing was opened.
Public hearing held.
No public comments.
Public Hearing was closed.
**No Action Taken.**

21. Consideration of Adoption of the District Clerk's Proposed Records Archive Fee Established Under §51.305 of the Texas Government Code.

Motion by County Judge Henry, seconded by Commissioner O'Brien

Duly put and unanimously carried (5-0), it is ordered to adopt the District Clerk's Proposed Records Archive Fee Established Under §51.305 of the Texas Government Code.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

22. Adoption of 2012 County Tax Rate.

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and unanimously carried (5-0), it is ordered to adopt the 2012 County Tax Rate.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | Yes |
| Commissioner Clark | Yes |

23. Introduce and discuss a preliminary plan for Justices of the Peace and Constables for the purpose of redistricting related to the 2010 Census submitted by County Commissioner, Pct. 2.

**No Action Taken.**

**24. Public Comment on Commissioner and JP/Constable Redistricting Maps Proposed as a result of the 2010 Census.**

Public Comments: (See DVD of hearing for comments)

Jeanie Turk addressed the Court supporting Commissioner Plan 3.

Dr. Dotti L. Jones addressed the Court supporting Commissioner Plan 3 and Constable/JP Plan 2.

Jack Cross addressed the Court supporting Commissioner Plan 3 and Constable/JP Plan 2.

Leon Phillips addressed the Court supporting Commissioner Plan 3.

Maryanne Rogers addressed the Court asking to keep the Justice of the Peace in Bolivar.

Henry Gomez addressed the Court supporting Commissioner Plan 3 and keeping all Constables/JP's.

Tim Paulissen, Mayor of League City, addressed the Court presenting City of League Resolution supporting consolidation of Constable/JP's in Plan 1 or 2.

Rev. James Daniels addressed the Court.

Dean Benford addressed the Court supporting not to reduce Constables/JP's.

David Miller, President for NAACP in Galveston, addressed the Court supporting Commissioner Plan 3.

**No Action Taken.**

25. Adoption of a County Commissioner Precincts redistricting map as a result of the 2010 census.

Motion by Commissioner Holmes, seconded by Commissioner Doyle

Motion failed (2-3) to adopt County Commissioner Precincts redistricting map Plan No. 3.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

Motion by Commissioner Clark, seconded by Commissioner O'Brien

Duly put and carried (3-2), it is ordered to adopt County Commissioner Precincts redistricting map Plan No. 1A and authorize the attorneys to through the approval process for D.O.J. Preclearance.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

26. Adoption of a Justice of the Peace/Constable Precincts redistricting map as a result of the 2010 census.

Motion by Commissioner Holmes, seconded by Commissioner Doyle

Motion failed (2-3) to adopt Justice of the Peace/Constable Precincts redistricting map Plan 2.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

Motion by County Judge Henry, seconded by Commissioner Clark

Duly put and carried (3-2), it is ordered to adopt Justice of the Peace/Constable Precincts redistricting map Plan 1.

| | |
|---|---|
| Judge Henry | Yes |
| Commissioner Doyle | No |
| Commissioner O'Brien | Yes |
| Commissioner Holmes | No |
| Commissioner Clark | Yes |

Amended motion by County Judge Henry, seconded by Commissioner Clark

Duly put and carried (3-2), it is ordered to adopt Justice of the Peace/Constable Precincts redistricting map Plan 1A and authorize the attorneys to through the approval process for D.O.J. Preclearance.

| | |
|---|---|
| Judge Henry | No |
| Commissioner Doyle | Yes |
| Commissioner O'Brien | No |
| Commissioner Holmes | Yes |
| Commissioner Clark | No |

Commissioners Court adjourned at 3:17 P.M. on Tuesday, August 30, 2011.

# Exhibit
# J

## NOTICE OF SUBMISSION OF REDISTRICTING PLAN
## TO THE DEPARTMENT OF JUSTICE

Galveston County has submitted its redistricting plan for JP\Constables to the United States Department of Justice for its review under Section 5 of the Voting Rights Act, 42, USC § 1973c. A complete duplicate copy of the submission is available for public review in the Galveston County Courthouse, 722 Moody Avenue, Galveston, TX 77550. Any comments regarding the submission may be sent to:

CHIEF, VOTING SECTION
CIVIL RIGHTS DIVISION
ROOM 7254-NWB
DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20530

Honorable Mark Henry
County Judge
Galveston County