UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HONORABLE TERRY PETTEWAY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-11-511 |
| | § | |
| THE HONORABLE MARK HENRY, *et al*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING PLAINTIFFS' MOTION FOR DISTRICT COURT OF THREE JUDGES

The plaintiffs have filed this action alleging violations of federal law including claims arising under Section 5 of the Voting Rights Act of 1965, 42 U.S.C. § 1973c. The plaintiffs filed an application for the designation of a district court of three judges as to its Section 5 claims. Pursuant to 42 U.S.C. § 1973c and 28 U.S.C. § 2284, this Court requests that Chief Judge Edith H. Jones, United States Court of Appeals for the Fifth Circuit, designate a district court of three judges to hear and determine the Section 5 claims.

This case relates to the adoption of districts for the Galveston County Commissioners, Constables and Justices of the Peace. Galveston County did not submit their request for preclearance to DOJ until October 14, 2011 (for County Commissioners) and October 19, 2011 (for Constables and Justices of the Peace). Plaintiffs are submitting additional information to the Department of Justice regarding the Galveston County request for preclearance. Plaintiffs are requesting an Order enjoining the use of the

adopted map for this election under 42 U.S.C. § 1973c. A panel of three judges is required without delay to consider this request before election activities are underway.

SIGNED at Houston, Texas this 22nd day of November, 2011.

_____
Kenneth M. Hoyt
United States District Judge