UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HONORABLE TERRY PETTEWAY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-11-511 |
| | § | |
| THE HONORABLE MARK HENRY, *et al*, | § § | |
| Defendants. | § § | |

## ORDER GRANTING MOTION TO CLARIFY

Plaintiffs Holmes and Doyle have filed a motion seeking clarification of an order issued by this Court enjoining the use of uncleared redistricting plans adopted by Galveston County for Galveston County Commissioners Precincts, as well as Justice of the Peace and Constables Precincts. (Docket # 11).

Having reviewed the Motion and the Order in question and the arguments therefore, the Court is of the opinion that the Motion should and is hereby GRANTED. Further, the Order of November 21, 2011 enjoining the implementation of uncleared redistricting plans adopted by Defendant Galveston County (Docket # 11) is amended in the first sentence of the second paragraph of the order to read as follows:

"Because the redistricting plans for Galveston County Commissioners, Constables and Justice of the Peace have not been precleared pursuant to Section 5 of the Voting Rights Act, the plans may not be implemented."

SIGNED at Houston, Texas this 23rd day of November, 2011.

_____
Kenneth M. Hoyt
United States District Judge