IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HONORABLE TERRY PETTEWAY, <br> HONORABLE DERRECK ROSE, <br> HONORABLE MICHAEL MONTEZ, <br> HONORABLE PENNY POPE, <br> HONORABLE SONNY JAMES, <br> HONORABLE STEPHEN HOLMES, <br> HONORABLE PATRICK DOYLE and <br> ROOSEVELT HENDERSON <br><br> Plaintiffs, <br><br> vs. <br><br> GALVESTON, TEXAS; and <br> THE HONORABLE MARK HENRY, <br> in his capacity as Galveston County Judge <br><br> Defendants. | § § § § § § § § § § § § § § § § § § | Civil Action <br> No. 3:11-cv-511 |

ORDER CONSTITUTING THREE-JUDGE COURT

1. Requesting Judge:   Kenneth M. Hoyt
   Southern District of Texas

2. Circuit Judge:   Emilio M. Garza, Fifth Circuit
   Court of Appeals

3. District Judge:   Melinda Harmon
   Southern District of Texas

Having been informed by the above identified requesting district judge that this action, which has been presented to him, is required to be heard and determined by a court composed of three judges, pursuant to the provisions of 28 U.S.C. § 2284, as Chief Judge of the United States Court of Appeals for the

Fifth Circuit, I hereby designate the United States circuit and district judge and requesting district judge named above as the members of the three-judge district court that is to hear and resolve this matter.

*Edith H. Jones*

---

Edith H. Jones, Chief Judge
United States Court of Appeals
for the Fifth Circuit

Date: November 28, 2011