UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HONORABLE TERRY PETTEWAY, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. G-11-511 |
| THE HONORABLE MARK HENRY, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

IT IS ORDERED: Parties are to jointly brief the following issues not later than Tuesday, December 21, 2011 at 12:00 P.M.:

(1) The status of the plans pending before the Attorney General.

(2) Any remaining questions that require a three-judge panel's resolution.

(3) Any remaining questions that require only a single judge to resolve.

(4) A proposed briefing schedule for resolving any pending questions identified in response to the questions above.

IT IS FURTHER ORDERED: The parties' joint brief may not exceed two double-spaced pages and must include citations to relevant case law and statutes where appropriate.

**SIGNED** at Houston, Texas, this  20th   day of  December , 2011.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE

1