IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION



| | |
|---|---|
| TERRY PETTEWAY, et al., § | Civil Action No. 3:11-cv-511 |
| Plaintiffs, § | Three Judge Court |
| v. § | (EMG, KMH, MH) |
| GALVESTON COUNTY, TEXAS; and § | |
| MARK HENRY, in his capacity as § | |
| Galveston County Judge, § | |
| Defendants. § | |

## ~~PROPOSED~~ ORDER

Upon consideration of the United States' motion for leave to participate in the hearing scheduled in the above-captioned matter on March 23, 2012, it is hereby

ORDERED that the motion is GRANTED.

SIGNED and ENTERED, this ___ day of _____, 2012.

_____
Emilio M. Garza
United States Circuit Judge

_____
Kenneth M. Hoyt
United States District Judge

_____
Melinda Harmon
United States District Judge