UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HONORABLE TERRY PETTEWAY, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. G-11-511 |
| | § | |
| THE HONORABLE MARK HENRY, *et al*, | § § | |
| Defendants. | § | |

**ORDER**

After hearing and argument of the parties in this matter the Court hereby Orders the following:

1.  The benchmark districting plan for the Galveston County Constables and Justices of the Peace is to be used for the 2012 Primary and General Elections in Galveston County.

2.  The districting plan for the Galveston County Commissioners Court which was precleared pursuant to 42 U.S.C. 1973c on March 23, 2012, shall be used for the 2012 Primary and General Elections in Galveston County.

3.  The filing period for Commissioner Precincts 1 and 3 are re-opened upon entry of this order and the deadline for a Galveston County party chair to receive applications for a place on the general primary election ballot for an unexpired term for a vacancy in the offices of Galveston County Commissioners Court Precincts Number 1 or 3 as described in Texas Election Code §202.004(b), is 5:00 PM on Tuesday, March 27, 2012.  However, no one who has previously filed for the offices of Galveston County

Case 3:11-cv-00511   Document 69   Filed on 03/23/12 in TXSD   Page 2 of 3


Commissioners Court Precincts Number 1 or 3 need re-file and their application for a place on the ballot is to be considered as timely filed.

4. The deadline for a county executive committee to conduct a drawing for candidate order on the ballot for the offices of Galveston County Commissioners Court Precincts Number 1 or 3 at the county seat (unless the committee provides by resolution that the primary committee is to conduct the drawing), as described in Texas Election Code § 172.082(c), is 7:00 PM on Tuesday, March 27, 2012.

5. In order to timely and efficiently conduct the 2012 Primary Elections Galveston County is relieved of compliance with Texas Election Code §§ 42.001, 42.005, and 42.032 and shall use the county election precincts as they were configured on January 1, 2011, including but not limited to allowing the Galveston County Elections Officials to prepare multiple ballot styles within voting precincts as necessary to effectuate the changes reflected in the districting plan for the Galveston County Commissioners Court which was precleared pursuant to 42 U.S.C. 1973c on March 23, 2012.

6. This Court's prior order enjoining use of unprecleared voting changes including the reduction of constables and justice of the peace and redistricting of same is hereby modified and made permanent.

7.    This Three Judge Panel is hereby dissolved and all remaining matters are remanded to

the single convening judge.

**IT IS SO ORDERED**

Date:  March 23, 2012

Kenneth Hoyt
UNITED STATES DISTRICT JUDGE


Melinda Harmon
UNITED STATES DISTRICT JUDGE


Emilio Garza *by permission*
UNITED STATES CIRCUIT JUDGE