IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HONORABLE TERRY PETTEWAY,<br>HONORABLE DERRECK ROSE,<br>HONORABLE MICHAEL MONTEZ,<br>HONORABLE PENNY POPE,<br>HONORABLE SONNY JAMES,<br>HONORABLE STEPHEN HOLMES,<br>HONORABLE PATRICK DOYLE and<br>ROOSEVELT HENDERSON,<br><br>*Plaintiffs*<br><br>vs.<br><br>GALVESTON, TEXAS; and<br>THE HONORABLE MARK HENRY, in<br>his capacity as Galveston County Judge<br><br>*Defendants* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:11-cv-511 |

**ORDER**

BE IT REMEMBERED and came on to be heard the Petteway Plaintiffs' Application for Attorneys' Fees and Costs in the above-entitled and numbered cause. After considering Plaintiffs' Motion, the responses thereto, and the pleadings on file, the Count finds that Plaintiffs are the prevailing party.

The Court further finds Plaintiffs' Motion for Attorneys' Fees Pursuant to FED. R. OF CIV. PRO. 11, 42 U.S.C. §§1973l(e) is well taken and is hereby GRANTED.

- 1 -

Therefore, Plaintiffs are awarded, through its counsel, reasonable and necessary attorneys' fees in the amount of $100,750.00. Plaintiffs are also awarded court costs in the amount of $10,582.36.

In the event Plaintiffs have not received payment of these amounts in 30 days, execution shall issue.

SIGNED this __22nd__ day of _____May_____, 2012.

_____
PRESIDING JUDGE