UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| THE HONORABLE TERRY PETTEWAY, *et al*, <br><br>    Plaintiffs, <br> VS. <br><br> THE HONORABLE MARK HENRY, *et al*, <br><br>    Defendants. | § § § § § § § § § § § |

CIVIL ACTION NO. 3:11-CV-511

# JUDGMENT

In accordance with the Federal Rules of Civil Procedure and in light of the recent orders issued by this Court in regards to pending motions for attorneys' fees, resolving the remaining issues in this case, it is ORDERED and ADJUDGED that:

1. Judgment is hereby entered for Plaintiffs with regard to their claims under Section 5 of the Voting Rights Act, 42 U.S.C. §1973c.

2. Consistent with this Court's prior orders, Plaintiffs are prevailing parties entitled to attorney's fees and costs as awarded by this Court.

3. All other issues in this case have been previously resolved and the case may be closed.

SIGNED at Houston, Texas this 31st day of May, 2012.

_____
Kenneth M. Hoyt
United States District Judge