IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| HONORABLE TERRY PETTEWAY, § <br> HONORABLE DERRECK ROSE, § <br> HONORABLE MICHAEL MONTEZ, § <br> HONORABLE PENNY POPE, § <br> HONORABLE SONNY JAMES, § <br> HONORABLE STEPHEN HOLMES, § <br> HONORABLE PATRICK DOYLE and § <br> ROOSEVELT HENDERSON, § <br> § <br> *Plaintiffs* § <br> § <br> vs. § <br> § <br> GALVESTON, TEXAS; and § <br> THE HONORABLE MARK HENRY, in § <br> his capacity as Galveston County Judge § <br> § <br> *Defendants* § | Civil Action No. 3:11-cv-511 |

## ORDER

BE IT REMEMBERED and came on to be heard Defendants' Motion to Alter or Amend the Judgment in the above-entitled and numbered cause. After considering Defendants' Motion, the responses thereto, and the pleadings on file, the Count finds as follows:

1.  The Three Judge Panel entered an order on or about March 23rd, 2012, granting Plaintiffs' relief under 42 U.S.C. 1973;

2.  The Plaintiffs have prevailed in numerous respects including obtaining a temporary restraining order and two injunctions together with additional orders which

had the effect of stopping Defendants from implementing unprecleared plans and committing other violations of the Voting Rights Act and the Texas Election Code;

3. The Court has previously found and presently finds that Plaintiffs are prevailing parties and entitled to have judgment entered under Section 5 of the Voting Rights Act 42 U.S.C. 1973c;

4. Consistent with this Court's prior orders and judgments, Plaintiffs are prevailing parties entitled to attorney's fees and costs as awarded by this Court; and

5. This Court's order of May 31st, 2012, does not contain any manifest errors of law or fact and therefore is not subject to a Motion to Alter or Amend

Therefore, Defendants' Motion to Alter or Amend the Judgment is hereby DENIED.

SIGNED this 10th day of _____July_____, 2012.

_____
PRESIDING JUDGE