IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| HONORABLE TERRY PETTEWAY, § <br> HONORABLE DERRECK ROSE, § <br> HONORABLE MICHAEL MONTEZ, § <br> HONORABLE PENNY POPE, § <br> HONORABLE SONNY JAMES, § <br> HONORABLE STEPHEN HOLMES, § <br> HONORABLE PATRICK DOYLE, and § <br> ROOSEVELT HENDERSON, § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> GALVESTON COUNTY, and THE § <br> HONORABLE MARK HENRY, in his § <br> Capacity as Galveston County Judge § <br> § <br> Defendants. § | Civil Action No. 3:11-cv-511 |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Please take notice that Galveston County, Texas and the Honorable Mark Henry, in his capacity as Galveston County Judge, Defendants in the above named case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered May 31, 2012 (Doc. No. 81) and all orders that have been merged or will merge into the Final Judgment, including but not limited to: (1) the Orders Granting Attorneys Fees entered May 22, 2012 (Doc. No. 79 and 80) and (2) Order denying Motion to Alter or Amend Judgment entered July 10, 2012 (Doc. No. 86).

- 2 -

Respectfully Submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

  */s/* Joseph M. Nixon
Joseph M. Nixon
State Bar No. 15244800
N. Terry Adams, Jr.
State Bar No. 00874010
1300 Post Oak Blvd., Suite 2500
Telephone: (713) 623-0887
Facsimile: (713) 960-1527
jnixon@bmpllp.com

James E. "Trey" Trainor, III
State Bar No. 24042052
Dalton Lamar Oldham
Pro Hac Vice Pending
401 West 15th Street, Suite 845
Austin, Texas 78701
ttrainor@bmpllp.com


**ATTORNEYS FOR GALVESTON COUNTY AND THE HONORABLE MARK HENRY**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of July, 2012, a true and correct copy of the foregoing document was filed with the Court's ECF system and was served (i) via electronic means through transmission facilities from the Court upon those parties authorized to participate and access the Electronic Filing System for the Southern District of Texas, and (ii) via the other methods indicated below:

| | |
|---|---|
| JOSE GARZA<br>Law Office of Jose Garza<br>7414 Robin Rest Dr.<br>San Antonio, Texas 78209 | *Via Certified Mail* |
| Melissa C. Killen<br>KAUFMAN & KILLEN, INC.<br>100 W. Houston St., Ste. 1250<br>San Antonio, Texas 78205 | *Via Facsimile (210) 227-2001* |
| Chad W. Dunn – Attorney In Charge<br>BRAZIL & DUNN<br>K. Scott Brazil<br>4201 FM 1960 West, Suite 530<br>Houston, Texas 77068 | *Via Facsimile: (281) 580-6362* |
| NEIL G. BARON<br>Law Office of Neil G. Baron<br>914 FM 517 W, Suite 242<br>Dickinson, Texas 77539 | *Via Facsimile (281) 534-4309* |
| Jeremy B. DuCote<br>3027 Marina Bay Drive, Suite 204<br>League City, Texas 77573 | *Via Certified Mail* |
| Justin Weinstein-Tull<br>U.S. Department of Justice<br>950 Pennsylvania Avenue<br>Washington, DC 20530 | *Via Certified Mail* |
| Risa Berkower<br>U.S. Department of Justice<br>950 Pennsylvania Avenue N.W.<br>Washington, DC 20530 | *Via Certified Mail* |

                                                */s/* Joseph M. Nixon
                                                Joseph M. Nixon

1578072v.1 005073/105944