IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| HONORABLE TERRY PETTEWAY, *et al*, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 3:11-cv-511 |
| GALVESTON COUNTY, *et al*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING AGREED MOTION TO AMEND JUDGMENT

Upon consideration of the parties' Agreed Motion to Amend Judgment in this matter, the Court hereby Orders the following:

1. In order to timely and efficiently conduct the 2012 General Elections, Galveston County is relieved of compliance with Texas Election Code §§ 42.001, 42.005, and 42.032 and shall use the county election voting precincts as they were configured on January 1, 2011, including, but not limited to, allowing the Galveston County Elections Officials to prepare multiple ballot styles within voting precincts as necessary to effectuate the changes reflected in the districting plan for the Galveston County Commissioners Court which was precleared pursuant to 42 U.S.C. 1973c on March 23, 2012.

**IT IS SO ORDERED**

Date: Sept. 4, 2012

Kenneth Hoyt
UNITED STATES DISTRICT JUDGE