# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit
**FILED**
December 17, 2013
Lyle W. Cayce
Clerk

No. 12-40856

D.C. Docket No. 3:11-CV-511

THE HONORABLE TERRY PETTEWAY; THE HONORABLE DERREC ROSE; THE HONORABLE MICHAE MONTEZ; THE HONORABLE PENNY POPE; THE HONORABLE SONNY JAMES; THE HONORABLE STEPHE HOLMES; THE HONORABLE PATRIC DOYLE; ROOSEVELT HENDERSON,

        Plaintiffs - Appellees

v.

THE HONORABLE MARK HENRY; GALVESTON COUNTY, TEXAS,

        Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas, Galveston

Before JOLLY, DeMOSS, and SOUTHWICK, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for entry of judgment for Galveston County.

IT IS FURTHER ORDERED that plaintiffs-appellees pay to defendants-appellants the costs on appeal to be taxed by the Clerk of this Court.

ISSUED AS MANDATE:

0 8 JAN 2014

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
Deputy

New Orleans, Louisiana

0 8 JAN 2014