# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 23, 2014

United States Courts
Southern District of Texas
FILED

JUL - 1 2014

David J. Bradley, Clerk of Court

Mr. David J. Bradley
Southern District of Texas, Galveston
United States District Court
601 Rosenberg
Room 411
Galveston, TX 77550-0000

  No. 12-40856   Terry Petteway, et al v. Mark Henry, et al
                 USDC No. 3:11-CV-511

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              Charlene A. Vogelaar

                              By: _____
                              Charlene A. Vogelaar, Deputy Clerk
                              504-310-7648