UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HONORABLE TERRY PETTEWAY, *et al*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 3:11-CV-511 |
| THE HONORABLE MARK HENRY, *et al*, | § § § | |
| Defendants. | § | |

## ORDER PURSUANT TO MANDATE

The plaintiffs' Petition for Writ of Certiorari having been denied by the United States Supreme Court, the Judgment and mandate of the Fifth Circuit Court of Appeals obtain.

It is, therefore, ORDERED that the plaintiffs pay the costs on appeal as taxed by the Clerk of Court.

SIGNED on this 7th day of July, 2014.

_____
Kenneth M. Hoyt
United States District Judge