UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| THE HONORABLE TERRY PETTEWAY, *et al*, | § § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 3:11-CV-511 |
| | § | |
| THE HONORABLE MARK HENRY, *et al*, | § § § | |
| Defendants. | § | |

### FINAL JUDGMENT

The plaintiffs' Petition for Writ of Certiorari having been denied by the United States Supreme Court, the Judgment and mandate of the Fifth Circuit Court of Appeals obtain. The plaintiffs take nothing by their suit.

This is a Final Judgment.

It is so **ORDERED**.

SIGNED on this 6th day of August, 2015.

_____
Kenneth M. Hoyt
United States District Judge